IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| | § | |
| V. | § | C.A. NO. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY-KINGSVILLE, | § | |
| ET AL. | § | |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is referred to United States Magistrate Judge B. Janice Ellington, who shall manage and prepare this case for trial before the undersigned. Magistrate Judge Ellington shall exercise all authority granted to her under 28 U.S.C. § 636 including, without limitation, resolution of discovery disputes and other pretrial disputes between the parties. On dispositive matters where decision of a district judge is necessary, the magistrate judge shall make recommendations to the district judge promptly.

ORDERED this 25 day of Feb, 2000.

HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE