IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | 4. |
| V. | § | C.A. NO. C-00-69 |
| TEXAS A&M UNIVERSITY, ET AL. | § | |

United States District Court
Southern District of Texas
ENTERED

FEB 29 2000

Michael N. Milby, Clerk of Court

## AMENDED INITIAL PRETRIAL AND SCHEDULING CONFERENCE NOTICE

COUNSEL and CLIENT with full authority to settle the case shall appear for an initial pretrial and scheduling conference before:

U. S. Magistrate Judge B. Janice Ellington
on  Thursday, April 6, 2000, at 1:15 p.m.  ,
*1600 Wilson Plaza West
606 N. Carancahua
Corpus Christi, Texas  78476

ORDERED this _29_ day of February, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE