UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE; | § | **JURY TRIAL REQUESTED** |
| HUMBERTO GARCIA, Individually and in | § | |
| His Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in His Official Capacity | § | |
| | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

MAR 08 2000

Michael N. Milby, Clerk

## PLAINTIFF'S CERTIFIED DISCLOSURE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case.

1. Plaintiff, Joseph K. Connor

2. Gay E. Gilson, Attorney for Connor

3. Defendants:

    Texas A&M University - Kingsville

    State of Texas

    Texas A&M University System

    Humberto Garcia

    Robert Bazan

4. Attorney for Defendants who is unknown at this time.

Respectfully submitted,

Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
Telephone: (361) 814-0573
Facsimile: (361) 814-0674

By: *Gay E. Gilson*
GAY E. GILSON
SBN 00784131/Fed.I.D. 16385
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing document on the following:

Texas A&M University - Kingsville
P.O. Box 126
Kingsville, Texas 78363

on March 8, 2000 via certified mail, return receipt requested.

*Gay E. Gilson*
Gay E. Gilson