United States District Court
Southern District of Texas
FILED

MAR 23 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE; | § | **JURY TRIAL REQUESTED** |
| HUMBERTO GARCIA, Individually and in | § | |
| His Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in His Official Capacity | § | |
| | § | |
| Defendants. | § | AGREED MOTION |

### PLAINTIFF'S MOTION FOR CONTINUANCE OF INITIAL PRETRIAL AND SCHEDULING CONFERENCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Joseph Connor, files this Plaintiff's Motion for Continuance of the Initial Pretrial and Scheduling Conference and would show the Court as follows:

1.    Plaintiffs filed suit on February 18, 2000.

2.    Defendants Texas A&M University - Kingsville and Robert Bazan will be represented by the Texas Attorney General. For purposes of this motion, the Division Chief, Toni Hunter, has notified Plaintiff's counsel that the waivers will be signed for Texas A&M University - Kingsville and Robert Bazan and an answer will be filed on their behalf. The case is in the process of being assigned to an assistant attorney general.

3.    An Initial Pretrial and Scheduling Conference is currently scheduled for Thursday, April 6, 2000 at 1:15 p.m. before the Honorable B. Janice Ellington.

4.    The Plaintiff requests a continuance of the Initial Pretrial and Scheduling Conference so that service may be made upon Humberto Garcia and so that the Defendants' counsel would have the

opportunity to file answers and participate in the meeting of the parties with Plaintiff's counsel in the preparation of the joint report of the meeting and joint discovery/case management plan and provide the information required by the local rules and federal rules.

5.     This motion is timely filed pursuant to the Federal Rules of Civil Procedure.

6.     Plaintiff has spoken with Toni Hunter, Division Chief of the Attorney General's Office and Defendants are in agreement.

7.     The parties are also in agreement that the Court grant this Motion so that Defense Counsel would not incur the cost of the trip to Corpus Christi for the Conference prior to service being effected upon all parties.

8.     Since Defense counsel would be traveling from Austin to attend the Conference, the parties would respectfully request that the Court consider this motion immediately upon submission — waiving the 20 day period set out in the local rules.

9.     Plaintiff does not seek this extension for delay, but so that justice may be served.  For these reasons, Plaintiff asks the Court to grant a continuance of the Initial Pretrial and Scheduling Conference.

Respectfully Submitted,

By: _Gay E. Gilson_

Gay E. Gilson
State Bar No. 00784131/Fed. I.D.  16385
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
(512) 814-0573
Facsimile (512) 814-0674
ATTORNEY FOR PLAINTIFF

2

## CERTIFICATE OF CONFERENCE

I certify that I discussed this Motion with Toni Hunter, Division Chief with the Attorney General's Office and she was in agreement to the motion.

Gay E. Gilson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded on March 23, 2000 by facsimile to:

Toni Hunter, Division Chief                    Via Facsimile (512) 320-0667
Attorney General of Texas
Austin, Texas

Gay E. Gilson

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE; | § | **JURY TRIAL REQUESTED** |
| HUMBERTO GARCIA, Individually and in | § | |
| His Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in His Official Capacity | § | |
| | § | |
| Defendants. | § | AGREED MOTION |

## ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE OF INITIAL PRETRIAL AND SCHEDULING CONFERENCE

On the _____ day of _____, 199____, the Court considered

Plaintiff's Unopposed Motion for Continuance of Initial Pretrial and Scheduling Conference. After

considering the Motion, the Court ORDERS that the Initial Pretrial and Scheduling Conference in

this case be continued until _____ in order that service may be effected

upon all parties and so they will fully participate in the meeting of the parties as required by FRCP

26(f).

SIGNED this _____ day _____, 199____.


_____
PRESIDING JUDGE

4