UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR - 5 2000

Michael N. Milby, Clerk of Court

9.

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| Plaintiff | § | |
| vs. | § | Civil Action No. C-00-69 |
| TEXAS A&M UNIVERSITY - KINGSVILLE; HUMBERTO GARCIA, Individually and in His Official Capacity; and ROBERT BAZAN, Individually and in His Official Capacity | § | **JURY TRIAL REQUESTED** |
| Defendants. | § | AGREED MOTION |

**ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE
OF INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

On the __29__ day of __March__, __2000__, the Court considered Plaintiff's Unopposed Motion for Continuance of Initial Pretrial and Scheduling Conference. After considering the Motion, the Court ORDERS that the Initial Pretrial and Scheduling Conference in this case be continued until __May 2, 2000, at 1:15 p.m.__, in order that service may be effected upon all parties and so they will fully participate in the meeting of the parties as required by FRCP 26(f).

SIGNED this __29__ day __March 2000__

_____
PRESIDING JUDGE

4