# CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED

MAY 2 - 2000

Michael N. Milby, Clerk

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** 1 (1067-1344)

**LAW CLERK:** _____

**U. S. MARSHAL:** _____

**INTERPRETER:** _____

12.

**DATE:** 5-2-00     **OPEN:** 1:15     **CLOSE:** 1:25 pm

**CIVIL ACTION NO.:** C-00-69

Joseph Conner     **COUNSEL:** Gay Gilson

VS.

TX A&M University, et al     **COUNSEL:** William Dean

( X ) Proceeding Final Pretrial Conference

Case called. Mr. Dean advised he had already filed an answer on behalf of all the defts. Parties advised there were no discovery disputes. Mr. Dean given a consent form and form to be filed if both parties consent.

Court adjourned.