IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
MAY 17 2000
MICHAEL N. MILBY CLERK

| | |
|---|---|
| JOSEPH K. CONNOR, § | |
| *Plaintiff*, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. C-00-69 |
| TEXAS A&M UNIVERSITY-KINGSVILLE, § | |
| HUMBERTO GARCIA, Individually and in § | JURY DEMAND |
| his Official Capacity; and ROBERT BAZAN, § | |
| Individually and in his Official Capacity, § | |
| *Defendants*. § | |

## DEFENDANTS' NOTICE OF COMPLIANCE
## OF INITIAL DISCLOSURES REQUIREMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, the TEXAS A&M UNIVERSITY - KINGSVILLE, HUMBERTO GARCIA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, AND ROBERT BAZAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, Defendants, by and through their attorney of record, John Cornyn, Attorney General of the State of Texas, and submit this their Notice of Compliance with Initial Disclosures Requirement. Defendants, hereby give notice to the Court that they have served on Plaintiffs, initial disclosures with documents attached, bate stamp numbered 000001 to 000670, as required by the Federal Rules of Civil Procedure Rule 26(a)(1).

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

LINDA S. EADS

14.

Deputy Attorney General for Litigation

TONI HUNTER, Chief
General Litigation Division

*signature*
_____
WILLIAM T. DEANE
Assistant Attorney General
Texas Bar No. 05692500
Southern District No. 3775
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by U.S. Mail, certified mail, return receipt requested on May 16, 2000 to:

Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412

*signature*
_____
WILLIAM T. DEANE
Assistant Attorney General