IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEPH K. CONNOR,<br>  *Plaintiff,*<br><br>V.<br><br>TEXAS A&M UNIVERSITY-KINGSVILLE,<br>HUMBERTO GARCIA, Individually and in<br>his Official Capacity; and ROBERT BAZAN,<br>Individually and in his Official Capacity,<br>  *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. C-00-69 |

### DEFENDANT'S DISCLOSURE OF INTERESTED PARTIES

  The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case.

1.  Plaintiff:       Joseph K. Connor

2.  Plaintiff's attorney:  Gay E. Gilson
               Law Office of gay E. Gilson
               4600 Ocean Drive, Suite 104 D
               Corpus Christie, Texas 78412

3.  Defendant:      Texas A & M University - Kingsville.
               Office of General Counsel
               John B. Connally Building, 6th Floor
               301 Tarrow
               College Station, Texas 77840-7896

4.  Defendant :      Humberto Garcia
               2012 South 3rd Street
               Kingsville, Texas 78363

5.  Defendant:      Robert Bazan
               306 E. 3rd Street
               Bishop, TX 78343
               TX A& M - Kingsville University
               MSC 126
               Kingsville, Texas 78363

United States District Court
Southern District of Texas
FILED
MAY 23 2000
MICHAEL N. MILBY CLERK

15

6.     Defendant's attorney: William T. Deane
                                   P.O. Box 12548-019
                                   Capitol Station
                                   Austin, Texas 78711-2548

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

LINDA S. EADS
Deputy Attorney General for Litigation

TONI HUNTER, Chief
General Litigation Division

_____
WILLIAM T. DEANE
Assistant Attorney General
Texas Bar No. 05692500
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been sent by U.S. Mail, certified mail, return receipt requested on May 22, 2000 to:

Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412

 

_____
WILLIAM T. DEANE
Assistant Attorney General