| | |
|---|---|
| SOUTHERN DISTRICT OF TEXAS | SOUTHERN DISTRICT OF TEXAS |

Joseph K. Connor §
§
versus § CIVIL ACTION NO. CA-C-00-69
§
Texas A&M University-Kingsville, et al. §

United States District Court
Southern District of Texas
FILED

MAY 23 2000

MICHAEL N. MILBY CLERK

## CLERK'S NOTICE OF DEFICIENT PLEADING

The Clerk has filed your <u>Defendant's Disclosure of Interested Parties</u>; however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. \_\_\_\_  Document is not signed. (LR11.1)

2. \_\_\_\_  Document is not signed by, or by permission of, attorney in charge (LR11.3)

3. _x_  Document does not furnish required attorney information. (LR11.3.A (1) though (6) (No Southern District of Texas Bar Number (LR11.3.A (4))

4. \_\_\_\_  No certificate of service or explanation why service is not required. (LR5.4)

5. \_\_\_\_  Motion does not comply as follows:

    a. \_\_\_\_  No certificate of consultation (LR7.1D)

    b. \_\_\_\_  No certificate of service of motion. (LR5.6)

6. \_\_\_\_  Other: _____

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see LR10.1) as well as a certificate of service to all opposing counsel.

Date: May 23, 2000
re: D.E. #15/dp

_____
UNITED STATES DEPUTY CLERK