UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 30 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| JOSEPH K. CONNOR,<br>*Plaintiff,*<br><br>V.<br><br>TEXAS A&M UNIVERSITY-KINGSVILLE,<br>HUMBERTO GARCIA, Individually and in<br>his Official Capacity; and ROBERT BAZAN,<br>Individually and in his Official Capacity,<br>*Defendants.* | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. C-00-69<br>§<br>§<br>§<br>§<br>§ |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Under 28 U.S.C § 636(c), The parties to this civil matter waive their right to proceed before a District Judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the Trial and Judgment. The United States Magistrate Judge has the authority to conduct trials by jury, and the parties understand that they are not waiving their rights to a trial by jury by this consent to proceed before the United States Magistrate Judge. Appeal shall be to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. § 636 (c)(3)

SIGNATURE OF PLAINTIFF(S):                    SIGNATURE OF DEFENDANTS(S)

_____                     _____
Gay E. Gilson                                 William T. Deane
Attorney for Plaintiff                        Attorney for Texas A&M University
                                              Kingsville and Humberto Garcia

## ORDER OF REFERENCE

IT IS ORDERED that this matter is assigned to a United States Magistrate Judge to conduct all further proceedings, including Final Judgment.

_____                     _____
Date                                          United States District Judge

17.