IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED
JUN - 2 2000
Michael N. Milby, Clerk

| | | |
|---|---|---|
| JOSEPH K. CONNOR, *Plaintiff,* | § | |
| | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. C-00-69 |
| TEXAS A&M UNIVERSITY-KINGSVILLE, | § | |
| HUMBERTO GARCIA, Individually and in | § | |
| his Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in his Official Capacity, | § | |
| *Defendants.* | § | |

**DEFENDANT'S AMENDED DISCLOSURE OF INTERESTED PARTIES**

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case.

1. Plaintiff: Joseph K. Connor

2. Plaintiff's attorney: Gay E. Gilson
Law Office of gay E. Gilson
4600 Ocean Drive, Suite 104 D
Corpus Christie, Texas 78412

3. Defendant: Texas A & M University - Kingsville.
Office of General Counsel
John B. Connally Building, 6th Floor
301 Tarrow
College Station, Texas 77840-7896

4. Defendant : Humberto Garcia
2012 South 3rd Street
Kingsville, Texas 78363

5. Defendant: Robert Bazan
306 E. 3rd Street
Bishop, TX 78343
TX A& M - Kingsville University
MSC 126
Kingsville, Texas 78363

18.

6. Defendant's attorney: William T. Deane
P.O. Box 12548-019
Capitol Station
Austin, Texas 78711-2548

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

LINDA S. EADS
Deputy Attorney General for Litigation

TONI HUNTER, Chief
General Litigation Division

WILLIAM T. DEANE
Assistant Attorney General
Texas Bar No. 05692500
Southern District No. 3775
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been sent by U.S. Mail, certified mail, return receipt requested on May 31st, 2000 to:

Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412

WILLIAM T. DEANE
Assistant Attorney General