IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 1 2 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| V. | § | C.A. NO. C-00-69 |
| TEXAS A&M UNIVERSITY-KINGSVILLE HUMBERTO GARCIA, Individually and in his Official Capacity; and ROBERT BAZAN, Individually and in his Official Capacity | § | |

### ORDER OF RE-ASSIGNMENT

Consistent with the parties' consent to proceed to trial before a magistrate Judge (D.E. 17), the Court re-assigns this case to United States Magistrate Judge B. Janice Ellington for all further proceedings and entry of judgment in accordance with 28 U.S.C. §636(c). Any appeal will proceed directly to the United States Court of Appeals for the Fifth Circuit.

ORDERED this ___9___ day of June, 2000.

HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE