# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

*United States District Court*
*Southern District of Texas*
*FILED*
**SEP 19 2000**
MICHAEL N. MILBY CLERK

## CONFERENCE CALL NOTICE

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § § | |
| V. | § | CASE NO. C.A. C-00-69 |
| TEXAS A&M UNIVERSITY, ET AL. | § § | |

**TYPE OF CASE:**   __X__ CIVIL    _____ CRIMINAL

### YOU ARE HEREBY DIRECTED TO APPEAR
### BY TELEPHONE CONFERENCE* BEFORE:

Honorable B. Janice Ellington
United States Magistrate Judge
1600 Wilson Plaza West
606 N. Carancahua
Corpus Christi, TX 78476
**(361) 888-3291**

TIME: __2:00 p.m.__    DATE: __Monday, September 25, 2000__

### PURPOSE OF PROCEEDING:

*Scheduling Conference*

Michael N. Milby, Clerk

*Myra B. Alaniz*
By: Deputy Clerk

DATE: 9·19·00

cc:

Gay Ellen Gilson
Fax: (361) 814-0674

William T. Deane
Fax: (512) 320-0667

*Court to initiate call.