## CIVIL COURT MINUTES

JUDGE PRESIDING: **B. JANICE ELLINGTON**

CASE MGR/ERO: Grace Lerma

LANIER TAPE NO. 2 (98-530)

LAW CLERK: —

U. S. MARSHAL: —

INTERPRETER: —

United States District Court
Southern District of Texas
FILED

SEP 25 2000

MICHAEL N. MILBY, CLERK

DATE: 9-25-00   OPEN: 2:00 pm   CLOSE: 2:15 pm

CIVIL ACTION NO.: C-00-69

Joseph K. Connor   COUNSEL: Guy Gilson

VS.

Tx A&M University   COUNSEL: William Deon

(X) Proceeding Scheduling Conference

Case called. Discussion held on deadlines. Court to enter scheduling order setting FPTC on 3-2-00 at 2:00pm and Jury Selection & Trial on 3-6-00. Parties are to appear at 8:00 am, jury to be summoned at 9:00 AM. Court to initiate Conf call on FPTC on 3-2-00.

Court adjourned.

jj.