United States District Court
Southern District of Texas
ENTERED
SEP 26 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | 23. |
| V. | § | C.A. NO. C-00-69 |
| TEXAS A & M UNIVERSITY, ET AL. | § | |

## AMENDED SCHEDULING ORDER

The following amended scheduling order is entered:

1. Jury selection and trial are set for: **Tuesday, March 6, 2001,** before Magistrate Judge B. Janice Ellington, at the United States District Courthouse, 1133 N. Shoreline Blvd., Corpus Christi, Texas 78401. The parties are ordered to report at 8:00 a.m. Jury selection is scheduled for 9:00 a.m.

2. Final Pretrial Conference is set for: **Friday, March 2, 2001, at 2:00 p.m**. The hearing will take place by telephone conference call initiated by the court.

3. The parties' joint pretrial order is due on or before **Friday, February 23, 2001.**

4. The deadline for filing dispositive motions is extended to **Monday, November 6, 2000.**

5. All deadlines not changed by this order remain in effect.

ORDERED this 25 day of September, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE