IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 6 2000

Michael N. Milby, Clerk

| | |
|---|---|
| JOSEPH K. CONNOR,<br>*Plaintiff,*<br><br>V.<br><br>TEXAS A&M UNIVERSITY-KINGSVILLE,<br>HUMBERTO GARCIA, Individually and in<br>his Official Capacity; and ROBERT BAZAN,<br>Individually and in his Official Capacity,<br>*Defendants.* | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. C-00-069<br>§<br>§<br>§<br>§<br>§<br>§ |

### DEFENDANTS' UNOPPOSED
### MOTION FOR LEAVE TO FILE FIRST SUPPLEMENT TO
### DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE B. JANICE ELLINGTON:

TEXAS A&M UNIVERSITY-KINGSVILLE, HUMBERTO GARCIA, and ROBERT BAZAN, Defendants, in the above numbered and entitled cause, pursuant to the Court's Scheduling Order file this Unopposed Motion For Leave to File their First Supplement to Defendants' Original Answer, and would show as follows:

    5.    Defendants seek to supplement their pleadings by adding additional affirmative defenses that are made for purposes of their motion for summary judgment, and some of which are jurisdictional. They seek to add new paragraphs "74A" and 74B" as "Affirmative Defenses" which would read as follows:

    "74A.    Defendants assert sovereign immunity as provided by the Eleventh Amendment to the United States Constitution."

    "74B.    Defendants assert that claims against them in their individual capacity

are barred by Qualified and/or Official Immunity to suit and liability."

6. Friday, September 1, 2000 was the original deadline for filing amendments to the pleadings, under the original Scheduling Order. However, due to the parties` attempt at mediation, which did not occur until October 26, 2000, it was agreed that the parties would ask this Court that the deadline for filing dispositive motions would be extended until after the mediation. In the Amended Scheduling Order, this Court did move the dispositive motions deadline back to Monday November 6, 2000. In the process of preparing the Defendant`s Motion for Summary Judgment, it was discovered that the standard defenses of sovereign immunity and qualified immunity had inadvertantly been omitted from their Answer. Since sovereign immunity under the Eleventh Amendment is jurisdictional, there would be no harm to Plaintiff by allowing leave to file this First Supplement to the Original Answer of Defendants at this time.

7. Defendant`s attorney contacted Plaintiff`s attorney`s office on November 3, 2000, and Plaintiff does not oppose this Motion for Leave.

8. Amendments to pleadings are only made "by leave of court" and "leave shall be freely given when justice so requires." Fed.R.Civ.P. 15(a).

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request this Court to grant this Unopposed Motion For Leave to File First Supplement to Defendants` Original Answer, and for such other relief to which they may show themselves entitled.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

TONI HUNTER, Chief
General Litigation Division

_____
WILLIAM T. DEANE
Assistant Attorney General
Texas Bar No. 05692500
Southern District No. 3775
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4264
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by U.S. Mail, certified mail, return receipt requested on November 6, 2000, to:

Ms. Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412

_____
WILLIAM T. DEANE
Assistant Attorney General

# ADDENDUM TO MOTION FOR LEAVE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR, | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. C-00-069 |
| TEXAS A&M UNIVERSITY-KINGSVILLE, | § | |
| HUMBERTO GARCIA, Individually and in | § | |
| his Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in his Official Capacity, | § | |
| *Defendants*. | § | |

## DEFENDANTS' FIRST SUPPLEMENT TO DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE B. JANICE ELLINGTON:

TEXAS A & M UNIVERSITY, HUMBERTO GARCIA, and ROBERT BAZAN, Defendants, in the above entitled and numbered cause respectfully supplement their Original Answer and Counterclaims by adding the following two paragraphs to page 8 thereof under the heading of "Affirmative Defenses", which are as follows:

> 74A. Defendants assert sovereign immunity as provided by the Eleventh Amendment to the United States Constitution.

> 74B. Defendants assert that claims against them in their individual capacity are barred by Qualified and/or Official Immunity to suit and liability.

Except as described above, all other pleadings and allegations contained in Defendants' Original Answer are ratified and confirmed.

WHEREFORE, Defendants pray that Plaintiff take nothing by reason of this suit, and that

Defendants obtain such other and further relief to which they may show themselves justly entitled.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

TONI HUNTER, Chief
General Litigation Division

_____
WILLIAM T. DEANE
Assistant Attorney General
Texas Bar No. 05692500
Southern District No. 3775
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4264
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by U.S. Mail, certified mail, return receipt requested on November 6, 2000, to:

Ms. Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412

_____
WILLIAM T. DEANE
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



| | |
|---|---|
| JOSEPH K. CONNOR,<br>*Plaintiff*,<br><br>V.<br><br>TEXAS A&M UNIVERSITY-KINGSVILLE,<br>HUMBERTO GARCIA, Individually and in<br>his Official Capacity; and ROBERT BAZAN,<br>Individually and in his Official Capacity,<br>*Defendants*. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. C-00-069<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE FIRST SUPPLEMENT TO DEFENDANTS' ORIGINAL ANSWER

Came on this day for consideration Defendants' Unopposed Motion for Leave to File their First Supplement to Defendants' Original Answer and the Court having reviewed the motion and the pleadings on file in this matter is of the opinion that Defendants' Motion is meritorious and should be granted.

It is therefore, ORDERED, that Defendants' Motion for Leave to File the First Supplement to Defendants' Original Answer is hereby GRANTED.

SIGNED this the _____ day of November, 2000.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE