IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEPH K. CONNOR, § | |
| *Plaintiff*, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. C-00-069 |
| § | |
| TEXAS A&M UNIVERSITY-KINGSVILLE, § | |
| HUMBERTO GARCIA, Individually and in § | |
| his Official Capacity; and ROBERT BAZAN, § | |
| Individually and in his Official Capacity, § | |
| *Defendants*. § | |

United States District Court
Southern District of Texas
ENTERED
NOV - 9 2000
Michael N. Milby, Clerk of Court

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE FIRST SUPPLEMENT TO DEFENDANTS` ORIGINAL ANSWER

Came on this day for consideration Defendants' Unopposed Motion for Leave to File their First Supplement to Defendants' Original Answer and the Court having reviewed the motion and the pleadings on file in this matter is of the opinion that Defendants' Motion is meritorious and should be granted.

It is therefore, ORDERED, that Defendants' Motion for Leave to File the First Supplement to Defendants' Original Answer is hereby GRANTED.

SIGNED this the ____ day of November, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE