IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV - 8 2000

MICHAEL N. MILBY CLERK

| | |
|---|---|
| JOSEPH K. CONNOR, § | |
| *Plaintiff*, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. C-00-069 |
| TEXAS A&M UNIVERSITY-KINGSVILLE, § | |
| HUMBERTO GARCIA, Individually and in § | |
| his Official Capacity; and ROBERT BAZAN, § | |
| Individually and in his Official Capacity, § | |
| *Defendants*. § | |

## DEFENDANTS' FIRST SUPPLEMENT TO DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE B. JANICE ELLINGTON:

TEXAS A & M UNIVERSITY, HUMBERTO GARCIA, and ROBERT BAZAN, Defendants, in the above entitled and numbered cause respectfully supplement their Original Answer and Counterclaims by adding the following two paragraphs to page 8 thereof under the heading of "Affirmative Defenses", which are as follows:

74A. Defendants assert sovereign immunity as provided by the Eleventh Amendment to the United States Constitution.

74B. Defendants assert that claims against them in their individual capacity are barred by Qualified and/or Official Immunity to suit and liability.

Except as described above, all other pleadings and allegations contained in Defendants' Original Answer are ratified and confirmed.

WHEREFORE, Defendants pray that Plaintiff take nothing by reason of this suit, and that

Defendants obtain such other and further relief to which they may show themselves justly entitled.

    Respectfully submitted,

    JOHN CORNYN
    Attorney General of Texas

    ANDY TAYLOR
    First Assistant Attorney General

    JEFFREY S. BOYD
    Deputy Attorney General for Litigation

    TONI HUNTER, Chief
    General Litigation Division

    _____
    WILLIAM T. DEANE
    Assistant Attorney General
    Texas Bar No. 05692500
    Southern District No. 3775
    Office of the Attorney General
    General Litigation Division
    P.O. Box 12548, Capitol Station
    Austin, Texas 78711-2548
    (512) 475-4264
    (512) 320-0667 FAX

    ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by U.S. Mail, certified mail, return receipt requested on November 6, 2000, to:

Ms. Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412

*[signature]*
WILLIAM T. DEANE
Assistant Attorney General