UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

NOV 27 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| Plaintiff | § § § | |
| vs. | § § | Civil Action No. C-00-69 |
| TEXAS A&M UNIVERSITY - KINGSVILLE; HUMBERTO GARCIA, Individually and in His Official Capacity; and ROBERT BAZAN, Individually and in His Official Capacity | § § § § § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | UNABLE TO CONFER DUE TO HOLIDAY |

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT IF NECESSARY

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Joseph Connor, files this Plaintiff's Motion to Amend Complaint if Necessary and would show the Court as follows:

1. Plaintiffs filed suit on February 18, 2000.

2. Defendants Texas A&M University - Kingsville amended their answer on November 6, 2000 to include defenses such as immunity.

3. Plaintiff believes his pleadings are sufficient in light of Defendant's amended answer, however if the Court deems that they are not, Plaintiff respectfully requests that he be allowed leave of Court to amend his Complaint.

4. For these reasons, Plaintiff asks the Court to grant this Motion.



Respectfully Submitted,

By: /s/ Gay E. Gilson
Gay E. Gilson
State Bar No. 00784131/Fed. I.D. 16385
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
(512) 814-0573
Facsimile (512) 814-0674
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

Because of the Thanksgiving Holiday, I was not able to confer with Defense counsel prior to the necessity of filing this motion.

/s/ Gay E. Gilson
Gay E. Gilson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded on

William T. Deane                                             Via CMRRR
Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

/s/ Gay E. Gilson
Gay E. Gilson

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEPH K. CONNOR § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | Civil Action No. C-00-69 |
| § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE; § | **JURY TRIAL REQUESTED** |
| HUMBERTO GARCIA, Individually and in § | |
| His Official Capacity; and ROBERT BAZAN, § | |
| Individually and in His Official Capacity § | |
| § | |
| Defendants. § | |

## ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT IF NECESSARY

On the _____ day of _____, 2000, the Court considered Plaintiff's Motion for Leave to Amend Complaint if Necessary. After considering the Motion, the Court GRANTS the Motion.

SIGNED this _____ day _____, 2000.

_____
PRESIDING JUDGE

3