United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2001

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR, § | | 33. |
| Plaintiff § | | |
| § | | |
| vs. § | CIVIL ACTION NO. C-00-69 | |
| § | | |
| TEXAS A&M UNIVERSITY- § | | |
| KINGSVILLE et al. § | | |
| § | | |

## ORDER DENYING MOTION FOR LEAVE TO AMEND COMPLAINT

In view of the order on summary judgment, plaintiff's motion for leave to amend his complaint (D.E. 28) is denied.

ORDERED this _29_ day of _January_, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE