IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas   DT
FILED

FEB 22 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSEPH K. CONNOR, § | |
| *Plaintiff*, § | |
| § | |
| V. § | CIVIL ACTION NO. C-00-069 |
| § | |
| TEXAS A&M UNIVERSITY-KINGSVILLE, § | |
| HUMBERTO GARCIA, Individually and in § | |
| his Official Capacity; and ROBERT BAZAN, § | |
| Individually and in his Official Capacity, § | |
| *Defendants*. § | |

## DEFENDANTS' NOTICE REGARDING COUNSEL OF RECORD

TO THE HONORABLE B. JANICE ELLINGTON:

COME NOW, TEXAS A&M UNIVERSITY-KINGSVILLE, HUMBERTO GARCIA, and ROBERT BAZAN, Defendants, and file this Notice Regarding Their Counsel of Record and would show this Court as follows:

1. The representation of the Defendants in this action was originally assigned to Assistant Attorney General William T. Deane. Mr. Deane has a scheduling conflict which will prevent him from attending the March 6, 2001, trial setting. Therefore, the representation of the Defendants has been re-assigned to Assistant Attorney General Jose M. Rangel. Because of this change in representation, the Defendants request that Assistant Attorney General Jose M Rangel be substituted as their counsel of record.

2. This change of counsel will not result in any delay in the proceedings before this Court.

3. Notice and pleadings should be served upon Mr. Rangel at the address below.

3A.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

TONI HUNTER, Chief
General Litigation Division

_____
JOSE M. RANGEL
Assistant Attorney General
Texas Bar No. 16543550
Fed. Id No. 19859
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4264
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been sent by U.S. Certified Mail, on February 21, 2001, to:

Gay E. Gilson
LAW OFFICE OF GAY E. GILSON
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412

_____
JOSE M. RANGEL
Assistant Attorney General

2