United States Courts
Southern District of Texas
FILED

FEB 22 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEPH K. CONNOR, § | |
| *Plaintiff*, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. C-00-069 |
| TEXAS A&M UNIVERSITY-KINGSVILLE, § | |
| HUMBERTO GARCIA, Individually and in § | |
| his Official Capacity; and ROBERT BAZAN, § | JURY TRIAL REQUESTED |
| Individually and in his Official Capacity, § | |
| *Defendants*. § | |

## JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER

TO THE HONORABLE B. JANICE ELLINGTON:

COME NOW Plaintiff, Joseph K. Connor, and Defendants, Texas A&M University - Kingsville and Humberto Garcia, and submit this their Joint Motion to Extend the Deadline to File Joint Pretrial Order.

1. The Joint Pretrial Order is due filed on Friday, February 23, 2001.

2. This Motion is filed simultaneously with Defendants' Notice Regarding Their Counsel of Record. Defendants' original counsel had a scheduling conflict caused by a two-week trial setting in Cause No. 96-36787, *Don Elthon v. The University of Houston, John Bear and Don Guyton*, 281st Judicial District Court of Harris County, Texas, that has a very good chance of turning into a three-week trial. As a result of this conflict, Defendants have had to substitute new counsel, who will require three to four days to become acquainted with his clients, allegations and documents.

3. Counsel for the parties have conferred regarding a new deadline for the pretrial order and have agreed to seek a short extension of time, from Friday, February 23, 2001, until

35.

Tuesday, February 27, 2001, (an extension of just four days) to file the Joint Pretrial Order. The pretrial conference in the instant case is set for March 2, 2001.

4.  The extension is not sought for the purpose of delay but so that justice may be done.

5.  The parties do not seek to continue the March 2, 2001, pretrial conference.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Joseph K. Connor, and Defendants, Texas A&M University - Kingsville and Humberto Garcia, respectfully request that this Court grant their Joint Motion to Extend the Deadline to file the Joint Pretrial Order.

*[signature: Gay E. Gilson by permission]*

GAY E. GILSON
State Bar No. 00784131
Federal I.D. No. 16385
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
(361) 814-0573
(361) 814-0674 Fax

*Counsel for Plaintiff*

*[signature: William T. Deane by permission]*

WILLIAM T. DEANE
State Bar No. 05692500
Federal I.D. No. 3775
JOSE M. RANGEL
State Bar No. 16543550
Federal I.D. No. 19859
Assistant Attorneys General
Office of the Attorney General of Texas
General Litigation Division
P. O. Box 12548
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 Fax

*Counsel for Defendants*

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEPH K. CONNOR, <br> *Plaintiff*, <br><br> V. <br><br> TEXAS A&M UNIVERSITY-KINGSVILLE, <br> HUMBERTO GARCIA, Individually and in <br> his Official Capacity; and ROBERT BAZAN, <br> Individually and in his Official Capacity, <br> *Defendants*. | § § § § § § § § § § § § CIVIL ACTION NO. C-00-069 |

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE
### TO FILE JOINT PRETRIAL ORDER

On this day came to be considered the Parties' Joint Motion to Extend the Deadline to File the Joint Pretrial Order. The Court finds that the motion is meritorious.

IT IS THEREFORE ORDERED that the Joint Pretrial Order is due March 27, 2001.

SIGNED AND ENTERED this _____ day of _____, 2001.

_____
B. JANICE ELLINGTON
UNITED STATES DISTRICT JUDGE