IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 6 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSEPH K. CONNOR, § | |
| *Plaintiff*, § | |
| § | 36. |
| V. § | |
| § | CIVIL ACTION NO. C-00-069 |
| TEXAS A&M UNIVERSITY-KINGSVILLE, § | |
| HUMBERTO GARCIA, Individually and in § | |
| his Official Capacity; and ROBERT BAZAN, § | |
| Individually and in his Official Capacity, § | |
| *Defendants*. § | |

**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE
TO FILE JOINT PRETRIAL ORDER**

On this day came to be considered the Parties' Joint Motion to Extend the Deadline to File the Joint Pretrial Order. The Court finds that the motion is meritorious.

IT IS THEREFORE ORDERED that the Joint Pretrial Order is due ~~March~~ February 27, 2001.

SIGNED AND ENTERED this 23 day of February, 2001.

B. JANICE ELLINGTON
UNITED STATES DISTRICT JUDGE