UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR - 1 2001

MICHAEL N. MILBY CLERK

| | |
|---|---|
| JOSEPH K. CONNOR § § Plaintiff § § vs. § § TEXAS A&M UNIVERSITY - KINGSVILLE; § HUMBERTO GARCIA, Individually and in § His Official Capacity; and ROBERT BAZAN, § Individually and in His Official Capacity § § Defendants. § | Civil Action No. C-00-69 **JURY TRIAL REQUESTED** |

## PLAINTIFF'S FIRST AMENDED EXHIBIT LIST

| Exhibit Number | Description of Exhibit | Admitted | Denied |
|---|---|---|---|
| 1 | Charge of Discrimination of A J Mann | | |
| 2 | Memorandum to Garcia/Jefferson from Salvador Franco of 09/29/1998 | | |
| 3 | 04/01/99 Officer's Report from Sgt. Hiram Perez | | |
| 4 | Incident Report - Jennings, Galindo, Saldono, Stanick | | |
| 5 | Memorandum from Sgt. Franco to Connor of 04/26/99 | | |
| 6 | Memorandum to Crispin from Rodriguez of 04/29/99 | | |
| 7 | Officer's Report of 05/05/99 by Sgt Bazan | | |
| 8 | Officer's Report of 5/16/99 by L. Everett | | |
| 9 | Officer's Report of 5/24/99 by Jefferson | | |
| 10 | Memorandum of 06/30/99 from Medina to Connor | | |
| 11 | Debbie Wilson's Memo to file of 06/17/99 | | |

38.

| | | | |
|---|---|---|---|
| 12 | 06/17/99 Memo to Connor from Harsfield | | |
| 13 | TAMUK Employee Complaint/Appeal Form 6/11/99 | | |
| 14 | TCLEOSE Report of Resignation or Separation of License Holder 06/04/99 | | |
| 15 | 06/04/99 Note signed by Humberto Garcia about Connor's termination | | |
| 16 | Memorandum from Connor to Garcia of 03/12/99 regarding promotion | | |
| 17 | 05/05/99 letter to Connor | | |
| 18 | 04/24/99 memorandum to Connor from Garcia | | |
| 19 | 05/27/93 Proactive Section Note | | |
| 20 | Connor evaluation of 4/21/97 | | |
| 21 | Budget Change Form 08/25/97 | | |
| 22 | Pictures of Connor | | |
| 23 | Officer's Report of Bazan of 09/28/98 | | |
| 24 | Officer's Report of Zapata of 09/27/98 | | |
| 25 | 08/26/98 memorandum from Garcia to all officers | | |
| 26 | 08/13/98 memorandum from Garcia regarding promotion announcement | | |
| 27 | TAMUK Compensation Statement for Connor for 97-98 | | |
| 28 | 6/4/99 Budget/Payroll/Personnel Action regarding Connor involuntary termination | | |
| 29 | Budget Change 8/11/93 | | |
| 30 | Officer's Report of Joseph Connor of 04/21/99 | | |
| 31 | 03/31/99 Memorandum from Garcia regarding promotion | | |

| | | | |
|---|---|---|---|
| 32 | 03/12/99 Memorandum from Garcia about Sgt's position | | |
| 33 | TAMUK Activity Log for 04/21/99 | | |
| 34 | TAMUK Work Related Incident Report of 05/09/98 | | |
| 35 | Accident or Injury Report dated 05/10/98 | | |
| 36 | TAMUK Performance Appraisal for Connor dated 3/10/98 by Connor | | |
| 37 | Jury Summons - mail form for Connor | | |
| 38 | TAMUK Employee Evaluation for Connor dated 4/21/97 by Connor | | |
| 39 | Budget Change 07/31/96 | | |
| 40 | Jury Excuse 08/05/96 | | |
| 41 | Connor Application of employment | | |
| 42 | Course titles for Connor | | |
| 43 | TAMUK Employee Evaluation Form dated by Perez on 04/30/96 | | |
| 44 | Budget Change 10/10/95 | | |
| 45 | Budget Change 8/20/95 | | |
| 46 | TAMUK Employee Evaluation Form for Connor dated by Connor on 3/24/95 | | |
| 47 | TAMUK Compensation Statement for Connor for 94-95 | | |
| 48 | Budget Change 07/27/94 | | |
| 49 | Texas A&I Employee Evaluation Form for Connor dated by Connor 04/19/93 | | |
| 50 | Budget Change of 03/05/92 | | |
| 51 | TAMUK Employee Evaluation Form for Connor dated 5/12/92 by Garcia | | |

| | | | |
|---|---|---|---|
| 52 | Typed Complaint and Appeal form by Connor dated 5/15/99 | | |
| 53 | Memorandum from Garcia voiding policies dated 02/06/97 | | |
| 54 | 09/05/98 Officer's Report from Longoria | | |
| 55 | 04/26/99 Memorandum from Sgt Franco to Connor | | |
| 56 | Room Entry Notice of 04/21/99 | | |
| 57 | University Police Department Rules and Regulations April 1998 | | |
| 58 | Job Description for Sergeants | | |
| 59 | Job Description for Chief/Director of Police | | |
| 60 | Job Description for Lieutenant | | |
| 61 | 06/07/99 Letter regarding health/dental coverage | | |
| 62 | Health care coverage form | | |
| 63 | 06/07/99 Letter regarding Lump Sum Vacation Payment | | |
| 64 | 07/15/99 Vacation Pay-Out Affidavit | | |
| 65 | Connor History provided by TAMUK | | |
| 66 | Christmas Card | | |
| 67 | Robert Bazan's personnel file | | |
| 68 | Ripped up leave request form | | |
| 69 | 11/02/98 Memorandum from Crandall to Connor | | |
| 70 | 07/26/99 Letter from Sinton Police Department | | |
| 71 | 02/08/00 Letter from Nueces County Constable Pct. 6 | | |
| 72 | 05/24/99 Memorandum from Medina to Connor | | |
| 73 | TAM System Police Department General Operational Philosphy | | |

| 74 | Position Announcement - 09/12/95 | | |
|---|---|---|---|
| 75 | Position Announcement, Patrol Officer Opening 06/03/99 | | |
| 76 | Wright legal bill of 11/03/99 | | |
| 77 | B.J.'s Famous Uniforms bill | | |
| 78 | 08/11/99 Letter from Texas A&M University - Corpus Christi regarding job position | | |
| 79 | 02/28/00 Letter from County of Nueces Constable Pct 6 | | |
| 80 | 10/21/99 Letter from the City of Corpus Christi | | |
| 81 | 05/10/99 Grievance to Hartsfield from Connor | | |
| 82 | 08/27/98 Request of Humberto Garcia for information - promotion board | | |
| 83 | TAMUK Employee Handbook | | |
| 84 | System Regulations | | |
| 85 | Dismissal and Notice of Rights | | |
| 86 | 05/11/99 Memorandum from Connor to Garcia | | |
| 87 | 04/21/97 Evaluation | | |
| 88 | TAMUK Employee Handbook provided in discovery | | |
| 89 | 05/04/99 Memorandum from Connor to Garcia | | |
| 90 | 09/21/94 Memorandum from Garcia to UPD | | |
| 91 | Southwestern Bell Telephone bills | | |
| 92 | 05/25/99 Memorandum from Medina to Connor | | |
| 93 | Offense Report - 09/18/98 | | |
| 94 | Check to United Health Care of Texas | | |
| 95 | Pay stub for Joseph Connor | | |
| 96 | Staff time card for Connor 10/98 | | |

| 97  | Staff time card for Connor 09/98 | | |
|-----|----------------------------------|---|---|
| 98  | Unemployment Insurance Information including internal log and three sheets of log information - record of looking for work | | |
| 99  | Condit Letter of 06/22/99 with enclosures | | |
| 100 | Condit Letter to Hartsfield OF 06/22/99 | | |
| 101 | Requirement that Form F-5 be provided to the individual | | |
| 102 | 06/17/99 Memorandum to Connor from Hartsfield | | |
| 103 | 06/28/99 Letter from Hartsfield to Condit | | |
| 104 | 09/22/99 Letter from Sinton Police Department to Connor | | |
| 105 | Curriculum Vitae of Joseph Connor | | |
| 106 | 01/13/99 Memorandum to Garcia from UPD Police Section | | |
| 107 | Social Security Statement for Joseph Connor | | |
| 108 | W-2 for Joseph Connor for the year 2000 | | |
| 109 | W-2 for Joseph Connor for the year 1999 | | |
| 110 | 1998 Income Tax Return for Connor | | |
| 111 | 1997 Income Tax Return for Connor | | |
| 112 | W-2 for Joseph Connor for the year 1996 | | |
| 113 | 06/17/99 Memorandum from Hartsfield to Connor | | |
| 114 | Officer's Report 07/17/98 report of Quinones smelling of alcohol by Connor | | |
| 115 | United Healthcare - Explanation of Benefits | | |
| 116 | TAMUK Performance Appraisal Form 03/10/98 | | |
| 117 | Dismissal and Notice of Rights | | |
| 118 | Charge of Discrimination | | |

| | | | |
|---|---|---|---|
| 119 | Affidavit of Joseph Connor | | |
| 120 | A copy of Joseph Connor's personnel file without TWC documentation | | |
| 121 | Deposition of Humberto Garcia | | |
| 122 | Deposition of Robert P. Bazan | | |
| 123 | Deposition of Mary "Molly" Sanchez | | |
| 124 | Deposition of Robert W. Nash, Jr. | | |
| 125 | Deposition of Joseph K. Connor | | |
| 126 | May 24, 1999 Letter from Medina to Cisneros | | |
| 127 | Police Report of 02/10/99 | | |
| 128 | Traffic citation for Xin Xin | | |
| 129 | Note - you do not have to appear at Delgado's court | | |
| 130 | Notice of Charge of Discrimination | | |
| 131 | Report of 8/12/96 of Connor regarding Quinones | | |
| 132 | Texas A&M Student Handbook | | |
| 133 | Advanced Peace Officer - Connor | | |
| 134 | Receipt Smith's Guns, Inc. | | |
| 135 | Documents contained in Exhibit 30 in Defendant's deposition exhibits | | |
| 136 | Receipt from Foley's | | |
| 137 | B.J. Famous Uniforms Receipt | | |
| 138 | Documents contained in Exhibit 31 in Defendant's deposition exhibits | | |
| 139 | Medina Memorandum to Connor dated 05/18/99 | | |
| | | | |
| | | | |

|   |   |   |   |
|---|---|---|---|
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

Respectfully submitted,

Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
Telephone: (361) 814-0573
Facsimile: (361) 814-0674

By: *[signature]*
GAY E. GILSON
SBN 00784131/Fed.I.D. 16385
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded on February 29, 2001 by certified mail, return receipt requested to:

William T. Deane                                           Via CMRRR # Z 189 456 075
Jose Rangel
Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

*[signature]*
Gay E. Gilson