# CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED

MAR 2 – 2001

MICHAEL N. MILBY, CLERK

JUDGE PRESIDING: B. JANICE ELLINGTON

CASE MGR/ERO: Grace Lerma

LANIER TAPE NO.: 1 (1360–2852)

LAW CLERK: Linda Kring

U.S. MARSHAL: —

INTERPRETER: —

DATE: 3-2-01    OPEN: 2:00 pm    CLOSE: 2:40

CIVIL ACTION NO.: C-00-69

Joseph K. Connor

COUNSEL: Gay Gilson
John Schoelman

VS.

TX A&M Univ., Kingsville

COUNSEL: Jorge Rangel
Donna Hamilton

(X) Proceeding IPTC

Case called. Arguments heard on Trial issues. Court orders parties to submit short statements to submit to jury and orders that Joint Pretrial Order be filed by 12:00 noon on Monday. Court sets Pretrial Conference on 3-5-01 at 2:30 pm.

Court adjourned.

40.