UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR - 5 2001

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE; | § | JURY TRIAL REQUESTED |
| HUMBERTO GARCIA, Individually and in | § | |
| His Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in His Official Capacity | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S TRIAL BRIEF REGARDING SCOPE
OF CLAIMS IN TRIAL NOT LIMITED TO THE FACE OF THE EEOC CHARGE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now comes Joseph K. Connor and files this Plaintiff's Trial Brief Regarding Scope of Claims Not Limited to Face of EEOC Charge and respectfully states the following:

1. A rule of reason...permits the scope of a Title VII suit to extend as far as, but no further than, the scope of the EEOC investigation which could reasonably grow out of the administrative charge. *Fine v. GAF Chemical Corporation*, 995 F.2 576 (5th Cir 1993) citing *Terrell v. U.S. Pipe & Foundry Co.*, 644 F.2d 1112, 1123 (5th Cir. Unit B1981).

3. A Title VII cause of action may be based, not only upon the specific complaints made by the employee's initial EEOC charge, but also upon any kind of discrimination like or related to the charge's allegations, limited only by the scope of the EEOC investigation that could reasonably be expected to grow out of the initial charges of discrimination. *Id citing Fellows v. Universal Restaurants, Inc.*, 701 F2d 447, 451 (5th Cir. 1983).

Plaintiff's Trial Brief - Scope of Charge - Page 1

## SUMMARY

Based upon the clear authority from the Fifth Circuit Court of Appeals, Plaintiff may try under Title VII any issue which might reasonably have been investigated based upon the following discrimination statement in his amended EEOC charge:

> I believe that I am being discriminated against because of my race/White inviolation of the Title VII of the Civil Rights Act of 1964, as amended.

> I believe that I have been retaliated against for filing a charge of discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended.

Respectfully submitted,

Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
Telephone: (361) 814-0573
Facsimile: (361) 814-0674

By: _/s/ Gay E. Gilson_
GAY E. GILSON
SBN 00784131/Fed.I.D. 16385
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded on March 5, 2001 by certified mail, return receipt requested to:

Jose Rangel                                         Via Hand Delivery
Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

_/s/ Gay E. Gilson_
Gay E. Gilson