# CIVIL COURT MINUTES

JUDGE PRESIDING: **B. JANICE ELLINGTON**

CASE MGR/ERO: Grace Lerma

LANIER TAPE NO. 1/3272 - 2/1244

LAW CLERK: Linda Krug

U.S. MARSHAL: Betty Anderson (CSO)

INTERPRETER:

United States District Court
Southern District of Texas
FILED

MAR 5 - 2001

MICHAEL N. MILBY, CLERK

DATE: 3-5-01    OPEN: 2:30 pm / 4:00 pm    CLOSE: 3:20 pm / 4:25 pm

CIVIL ACTION NO.: C-00-69

Joseph K. Connor

COUNSEL: Gay Gilson / John Schulman

VS.

TX A&M Univ., Kingsville

COUNSEL: Jose Rongel / Dora Hamilton

(X) Proceeding Pretrial Conference.

Case called. Discussion of whether pltff could proceed under the First Amendment Retaliation claim against Deft Garcia. Court ruled claim could go forward, but defts could have continuance to cure prejudice. Court takes short break to allow deft's attorney to confer with client.

Court resumes. Deft's atty announced they wished to proceed with trial. Parties to appear at 8:00 am; with jury to come in at 9:00 am.

Court adjourned.

43.