# CIVIL COURT MINUTES

**United States District Court
Southern District of Texas
FILED**

**MAR 6 - 2001**

**MICHAEL N. MILBY, CLERK**

JUDGE PRESIDING: B. JANICE ELLINGTON

CASE MGR: Grace Lerma

COURT REPORTER: Veronica Villarreal

LAW CLERK: Linda Kring

U.S. MARSHAL: Betty Anderson (CSO)

INTERPRETER: 

DATE: 3-6-01      OPEN: 8:00 AM / 1:10 pm      CLOSE: 12:10 pm / 6:00 pm

CIVIL ACTION NO: C-00-69

JOSEPH K. CONNOR

COUNSEL: GAY GILSON

JOHN SCHULMAN

VS.

TEXAS A&M UNIVERSITY, KINGSVILLE

COUNSEL: JOSE RANGEL

DONA HAMILTON

(X) Proceeding   PRETRIAL CONFERENCE, JURY SELECTION & TRIAL - DAY 1

Case called. Arguments heard on deft's + pltff's Motions in limine; Granted in part, denied in part as stated on the record. As to deft's motion, Nos. 1, 3-13, 18 + 19 granted; Nos. 2, 14, + 15 Denied; No. 16 - ruling reserved. As to pltff's motion, Nos. 2, 3, 5-12, 15 + 16 granted; Nos. 1, 4, 13, + 14 are denied. Court recessed briefly to allow attys to discuss exhibits.

Court resumes. Testimony taken from Juror Felipe Nieto. Juror felt he could not be fair in a criminal case because his son-in-law was shot as well as him + his wife. Court advised juror this was a civil case and juror stated he could be fair since it was a civil trial. Court recessed.

44.

PAGE: __2__   CA NO.: __C-00-69__

__Joseph K. Connor__   VS.   __Texas A&M Univ.__

PROCEEDING: Jury Selection + Trial

DATE: __3-6-01__

Court resumes. Arguments heard on preliminary jury instructions. Jury in, Voir dire begun. Jury out. Challenges for cause made. Jury in. Testimony taken from Juror A1 & A4; Juror A1 challenged for cause -- granted. Jury strikes made. Jury selected and sworn. Preliminary instruction given. Jury excused until 1:30 pm. Arguments heard on instructions to the jury and parties excused until 1:30 pm. Court recessed.

Court resumes. Arguments heard on Trial Exhibits. Court advises parties that no duplicate exhibits will be admitted and each exhibit will be ruled on as it is introduced. Court recessed.

Court resumed. Jury in. Opening Statements made.

Pltff. Wit #1 - Humberto Garcia

Jury out for short break.

Court resumes. Pltff's exhibits 3, 9, 14, 22, 25, 31, 69, + 75 admitted without objection. Pltff's Exhibits 53, 57, 15, 114, + 120 previously admitted. Jury in, testimony of Mr. Humberto Garcia continues.

Jury excused until 8:30 am on 3-7-01. Parties to return at 8:00 am. Court recessed