UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR - 8 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSEPH K. CONNOR § | |
| § | |
| Plaintiff § | |
| § | 46 |
| vs. § | Civil Action No. C-00-69 |
| § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE; § | JURY TRIAL REQUESTED |
| HUMBERTO GARCIA, Individually and in § | |
| His Official Capacity; and ROBERT BAZAN, § | |
| Individually and in His Official Capacity § | |
| § | |
| Defendants. § | |

## ORDER IN LIMINE

The court, having considered the Plaintiff's motion in limine and having heard the arguments of counsel, orders Defendants, their agents and employees and Counsel for Defendants, and all witnesses called on behalf of Defendants to refrain from any mention or interrogation, directly or indirectly, including offering documentary evidence, about any of the following matters without first requesting and obtaining a ruling from the court outside the presence and hearing of all prospective jurors and jurors ultimately selected in this cause concerning any alleged theory of admissibility of the matters.

1. Any evidence defendants did not produce in discovery.

   Granted: _____    Denied ✓

2. Any testimony or argument suggesting plaintiff, through his attorney, asserted claims of privilege during discovery.

   Granted: ✓    Denied _____

3. Any attempt to elicit testimony from plaintiff about communications with his attorney.

Granted: ✓   Denied _____

4. Any comment by defendant's attorney that informs the jury of the effect of its answers to the questions in the charge.

Granted: _____   Denied ✓

5. Any mention of the probable testimony of a witness who is absent, unavailable, not called to testify in this cause, or not allowed, in any manner, to testify in this cause.

Granted: ✓   Denied _____

6. Any attempt to seek or request plaintiff's attorneys to produce documents, to stipulate to any fact, or to make any agreement in the presence of the jury.

Granted: ✓   Denied _____

7. Any mention plaintiff's recovery will not be subject to taxation.

Granted: ✓   Denied _____

8. Any mention that Robert Nash has been arrested.

Granted: ✓   Denied _____

9. Any mention of a criminal conviction of any person which was not identified in responses to discovery.

Granted: ✓   Denied _____

10. Any mention of any automobile accidents Plaintiff has had in that they are not relevant to this case.

Granted: ✓   Denied _____

11. Any reference or words to the effect that the students of Texas A&M University, the taxpayers public, an insurance company or th public in general would end up paying for any judgment in this case or similar case.

Granted: ✓   Denied _____

12. Any reference to Plaintiff's job performance at any other job prior to his employment with Texas A&M University – Kingsville.

Granted: ✓   Denied _____

13. Any reference to allegations that Plaintiff sexually harassed anyone in the workplace. This is irrelevant to this case; unverified and would only serve to bias the jury.

Granted: _____   Denied ✓

14. That Plaintiff allegedly slept while on the job with TAMUK.

Granted: _____   Denied ✓

15. Any reference to the claim ~~and supporting information~~ that was presented by either the Plaintiff and/or Defendants in regard to the Plaintiff's claim for unemployment benefits.

Granted: ✓   Denied _____

16. Any reference to the Texas Commission on Human Rights and/or Equal Employment Opportunities Commission's investigation into Plaintiff's charges against Defendants.

Granted: ✓   Denied _____

SIGNED this ___6___ Day of __March__, 2001.

_____
PRESIDING JUDGE