```
                                          United States District Court
                                           Southern District of Texas
                                                    FILED
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF TEXAS        MAR 6 - 2001
              CORPUS CHRISTI DIVISION
                                              MICHAEL N. MILBY, CLERK
```

Honorable B. Janice Ellington
U.S. Magistrate Judge Presiding

____GRACE LERMA_____, Courtroom Deputy

_____, Court Recorder

MARCH 6, 2001
Date

CRIM/C.A. 00-CV-69

| JOSEPH K. CONNORS | § | GAY ELLEN GIBSON |
|---|---|---|
|  |  | Attorney |
| VS | § |  |
| TEXAS A & M UNIVERSITY | § | WILLIAM T. DEAN |
|  |  | Attorney |

**The following jurors were selected and directed to return on** _____ **at** _____ **:**

1. *Alvino Mendez*
2. *Felipe Nieto*
3. *Yvonne Hernandez*
4. *Charles Ronald Burt*
5. *Barbara Smith*
6. *Virginia Landeros*
7. *Jose Hugo Martinez*
8. *Rosalinda C. Gonzalez*
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____

46.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

HONORABLE B.J. ELLINGTON
JURY SELECTION
MARCH 6, 2001

1. WILLIAM RUDELLAT  *Chal*
2. ALVINO MENDEZ
~~3.~~ WILLIAM HARRELL
~~4. ROBERTA ~~
~~5.~~ JUDITH STANLEY
6. FELIPE NIETO
7. YVONNE HERNANDEZ
~~8. SHARON ENSMINGER~~
9. CHARLES RONALD BURT
10. BARBARA SMITH
11. NATIVIDAD MORENO  *Chal*
12. VIRGINIA LANDEROS
~~13.~~ BLANCA ROSA GARCIA
14. OLIVIA ABREGO  Excused (sick)
~~15. KENNETH D. PETERS~~
16. JOSE HUGO MARTINEZ
17. ROSALINDA C. GONZALEZ
18. KENNETH BOWLAND
19. CESAR SALINAS
20. BERNARD R. LEMAY
21. CLARENCE J. CARTWRIGHT
22. CHERYL L. AVERY  *Chal*

# JURY SEATING ARRANGEMENT

PANEL B

CA NO. C00-69

STYLE: CONNER VS. TEXAS A & M

| 19 | 20 | 21 | 22 C | | | | |
|----|----|----|------|---|---|---|---|
|    | 10 C | 11 C | ✗ | 14 Ex | ✗ | 16 | 17 | 18 |
|    | 1 C | 2 | ✗ | ✗ | 6 | 7 | ✗ | 9 |

_____ Plaintiff

▬▬▬▬▬ Deft.

C Challenge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CA 00-CV-69

JOSEPH K. CONNORS

VS

TEXAS A & M UNIVERSITY

**PLAINTIFF'S PEREMPTORY CHALLENGES**

#1 __A5__

#2 __A13__

#3 __A3__

*NOTE TO ATTORNEYS:

Please fill in blanks with the number of the juror you intend to strike and **not** the name.

**PLAINTIFF'S PEREMPTORY CHALLENGES ON ALTERNATE JUROR**

#1 __[struck out]__

_____
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CA <u>00-CV-69</u>

<u>JOSEPH K. CONNORS                    </u>

<u>                                     </u>

VS

<u>TEXAS A & M UNIVERSITY               </u>

<u>                                     </u>

**DEFENDANT'S PEREMPTORY CHALLENGES**

#1 <u>  A4  </u>

#2 <u>  A8  </u>

#3 <u>  A15 </u>

#  <u>      </u>

#  <u>      </u>

#  <u>      </u>

\*NOTE TO ATTORNEYS:

Please fill in blanks with the number of the juror you intend to strike and <u>not</u> the name.

**DEFENDANT'S PEREMPTORY CHALLENGES ON ALTERNATE JUROR**

#1 <u>         </u>

   <u>         </u>

   <u>         </u>

<u>                    [signature]                    </u>
ATTORNEY FOR DEFENDANT