# CIVIL COURT MINUTES

United States District Court
Southern District of Texas
FILED

MAR 7 - 2001

MICHAEL N. MILBY, CLERK

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR:** Grace Lerma

**COURT REPORTER:** Veronica Villarreal

**LAW CLERK:**

**U.S. MARSHAL:** Betty Anderson (CSO)

**INTERPRETER:** —

**DATE:** 3-7-01   **OPEN:** 8:20 AM / 1:45 pm   **CLOSE:** 12:20 pm

**CIVIL ACTION NO:** C-00-69

**JOSEPH K. CONNOR**   **COUNSEL:** GAY GILSON

JOHN SCHULMAN

VS.

**TEXAS A&M UNIVERSITY, KINGSVILLE**   **COUNSEL:** JOSE RANGEL

DONA HAMILTON

---

(X) Proceeding ~~PRETRIAL CONFERENCE, JURY SELECTION &~~ TRIAL - DAY 2

Trial resumes. Arguments heard on Trial exhibits. Pltff's Exhibits Nos. 32, 33, 54, 131, 86, 89, 10, 13, 16, 26, 52, 70, 71, 72, 78, 79, 95, 104, 109, 113, 118, 130, 139, 96, 97, 94, 93, 92, 88, 84, 81, & 80 admitted without objection. Deft's Exhibits Nos. 23, 24, 27 (1st page only), 29, 30, 34, 35, 40, 48, & 49 admitted without objection.

Jury In. Pltff Wit - Maria Magdalena Sanchez
Pltff Wit - Robert Bazan   Pltff Exh 68 - admitted
Pltff Wit - Robert Wesley Nash, Jr.
Pltff Wit - Christopher Florence
Pltff Wit - Joseph Connor
Jury excused until 1:30. Pltff proffer of evidence:
Recall: Robert Nash, Jr.

47

PAGE: 2    CA NO.: C-00-69

Joseph K. Connor    VS.    Texas A&M Univ.

PROCEEDING: Jury Trial - Day 2

DATE: 3-7-01

Court rules that testimony is not relevant at this time. Deft's Exhibit Nos. 66, 67, & 68 admitted for purposes of proffer only. Deft's attys have no objection to calling witnesses out of order. Pltff's Exhibits 98 + 108 (redacted) admitted. Court recesses for lunch

Court resumes. Jury in.

Pltff Wit - Susan Connor

Pltff Wit - Edward P. Sanders

Recall Pltff Wit - Joseph Connor

Pltff's Exhibit # 117 is admitted with objection for Court only. Pltff Exhibits Admitted without objection: Nos. 82, 77, 91, 101, 115

Deft's Exhibit 22A + 22B admitted without objection.

Jury excused until 8:30 on 3-8-01, parties to start at 8:15 AM.

Court recessed