# CIVIL COURT MINUTES

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR:** Grace Lerma

**COURT REPORTER:** Veronica Villarreal

**LAW CLERK:**

**U. S. MARSHAL:** Betty Anderson (CSO)

**INTERPRETER:** -

United States District Court
Southern District of Texas
FILED

MAR 8 - 2001

MICHAEL N. MILBY, CLERK

**DATE:** 3-8-01    **OPEN:** 8:25 AM    **CLOSE:** 11:50 AM

**CIVIL ACTION NO:** C-00-69

JOSEPH K. CONNOR            **COUNSEL:** GAY GILSON

                                       JOHN SCHULMAN

VS.

TEXAS A&M UNIVERSITY, KINGSVILLE    **COUNSEL:** JOSE RANGEL

                                            DONA HAMILTON

---

(X) Proceeding JURY TRIAL - DAY 3

Court resumes. Pltff. rests. Arguments heard on deft's motion for Judgment as a Matter of law. Court denies Rule 50 motions. Jury in. Pltff. announced on the record that they rest.
Deft. wit - Sondra M. Jefferson
Court recessed for noon break.
Court resumes. Arguments heard on final instructions to the jury. Jury in.
Deft wit - Salvador G. Franco
Deft. wit - Pedro Cavazos  Deft. Exhibit D14 admitted without objection; also admitted is D65 w/o objection
Deft Wit - Jimmy Hortsfield

48.

PAGE: __2__ CA NO.: __C-00-69__

__Joseph K. Connor   Vs.   TX A&M Univ.__

PROCEEDING: Jury Trial - Day 3

DATE: 3-8-01

Jurors excused at 4:20, to return at 8:30 am on 3-9-01. Deft's renew their motion for judgment as a matter of law -- Motion Denied. Defts. rest. Court recessed until 8:15 am.