# CIVIL COURT MINUTES

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR:** Grace Lerma

**COURT REPORTER:** Veronica Villarreal

**LAW CLERK:** —

**U.S. MARSHAL:** Betty Anderson (CSO)

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

MAR 9 – 2001

MICHAEL N. MILBY, CLERK

**DATE:** 3-9-01   **OPEN:** 8:15 AM / 1:40 pm   **CLOSE:** 11:00 AM / 1:50 pm

**CIVIL ACTION NO:** C-00-69

**JOSEPH K. CONNOR**            **COUNSEL:** GAY GILSON
                                         JOHN SCHULMAN

VS.

**TEXAS A&M UNIVERSITY, KINGSVILLE**   **COUNSEL:** JOSE RANGEL
                                                 DONA HAMILTON

(X) Proceeding  JURY TRIAL - DAY 4

Case resumes. Arguments and objections heard on jury instructions and verdict form. Jury in. Court's final instructions given to jury. Closing arguments made. Jury starts deliberating at 11:00 AM. Court recessed. Court resumes. Jury in. Verdict in favor of the Pltff. Jury polled and released. (No money awarded) Court recessed.

49