IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 9 - 2001

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| JOSEPH K. CONNOR,  §  |   |
| *Plaintiff*,  §  |   |
| §  |   |
| V.  §  |   |
| §  | CIVIL ACTION NO. C-00-069 |
| TEXAS A&M UNIVERSITY-KINGSVILLE,  §  |   |
| HUMBERTO GARCIA, Individually and in  §  |   |
| his Official Capacity; and ROBERT BAZAN,  §  |   |
| Individually and in his Official Capacity,  §  |   |
| *Defendants*.  §  |   |

## DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| D-1 | Plaintiff's Application for License/Employment Report (3/3/92) | |
| D-2 | Interview Referral Form (2/11/92) | |
| D-3 | Request for Form 500 – new hire for Plaintiff (3/5/92) | |
| D-4 | Acknowledgment of Receipt – Plaintiff received copy of Employee Handbook on 3/25/97 | 3-8-01 |
| D-5 | Plaintiff's Employee Evaluation Form (5/12/92) – no evaluation necessary, as Plaintiff was on probation | |
| D-6 | Plaintiff's Employee Evaluation Form (4/19/93) | |
| D-7 | Plaintiff's Employee Evaluation Form (3/24/95) | |
| D-8 | Plaintiff's Employee Evaluation Form (5/2/96) (Connor refused to sign) | |
| D-9 | Plaintiff's Employee Evaluation Form (4/23/97) | |
| D-10 | Plaintiff's Performance Appraisal Form (3/12/98) | |
| D-11 | Plaintiff's Performance Appraisal Form (3/11/99) | |
| D-12 | Salvador Franco's Application for Staff Employment with Texas A&M University - Kingsville (6/9/97) | |

| EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| D-13 | Evaluations of Salvador Franco | |
| D-14 | Pedro Cavazo's certificates of completion, recognition, accomplishments etc. | 3-8-01 |
| D-15 | Pedro Cavazos' Application for Staff Employment with Texas A&M University - Kingsville (5/13/97) | |
| D-16 | Evaluations of Pedro Cavazos | |
| D-17 | News article regarding Cavazos' receiving award for being first in class | |
| D-18 | Cavazos' GED certificate | |
| D-19 | Sandra Jefferson's Performance Appraisal Form (2000) (Interim Dir.) | |
| D-20 | 12/19/96 letter from Jim Hartsfield, Director of Personnel, to Christopher Florence, regarding Florence's accepting job as Patrol Officer | |
| D-21 | 8/17/97 memo from Chris Florence to Chief Garcia, regarding his resignation – effective 8/31/97 | |
| D-22 A B | 2 pictures of Plaintiff sleeping in patrol car | 3-7-01 |
| D-23 | 5/26/92 Officer's Report by Sgt. R. Bazan, regarding dispatchers' complaints about Plaintiff | 3-7-01 |
| D-24 | 9/29/92 Officer's Report made by Sgt. A. Mata, regarding Plaintiff's contact with Becky Pearson | 3-7-01 |
| D-25 | 10/1/92 letter of "Official Reprimand" regarding Plaintiff | |
| D-26 | 12/8/95 memo from Sandra K. Brown, Comptroller, to Humberto Garcia, Univ. Police Chief, regarding Plaintiff's escort of Ms. Kieschnick, Kleberk First National Bank employee; Plaintiff left employee with over $6000 in car while Plaintiff ran into station to get message | 3-6-01 |
| D-27 | 8/20/96 Officer's Report by R.G. Utley, regarding Plaintiff's claim that Sgt. Quinones was sent home without pay | 3-7-01 |
| D-28 | Report of Sgt. Longoria regarding weekend of 9/5/98 and 9/7/98 – 2 incidents: Plaintiff failed to respond to radio calls, and Plaintiff made sexual comment to Janet Briones | 3-6-01 |

| EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| D-29 | 9/27/98 Officer's Report by Cynthia Zapata, regarding Plaintiff's attempted refusal to not respond to complaint | 3-7-01 |
| D-30 | 9/28/98 Officer's Report by Sgt. R. Bazan, regarding Plaintiff's attempted refusal to not respond to complaint | 3-7-01 |
| D-31 | 9/29/98 memo from Sgt. Salvador Franco to Chief Humberto Garcia re. Plaintiff – Plaintiff's refusal to correct 2 reports | 3-6-01 |
| D-32 | 4/1/99 Officer's Report by Sgt. Hiram Perez, regarding seizure of property | |
| D-33 | 4/21/99 Room Entry Notice, addressed to Manuel Galindo | |
| D-34 | 4/21/99 Incident Report, regarding CDs | 3-7-01 |
| D-35 | 4/21/99 Officer's Report by Plaintiff, regarding theft of music CDs in student's room | 3-7-01 |
| D-36 | 4/24/99 Memo from Bert Garcia, Chief UPD, to Plaintiff, re. Personal Conference – seizure of personal property was illegal because there was no consent by student; property was not properly secured and marked as it was left in Plaintiff's locker. This memo serves as Official Reprimand | |
| D-37 | 4/26/99 Memo from Bert Garcia, Chief UPD, to Louis Everett, Patrolman UPD, re. Personal Conference – Garcia and Plaintiff worked together without warrant and without consent to seize property | |
| D-38 | 4/26/99 Memo from Sgt. S.G. Franco to Plaintiff, re. Letter of Reprimand – Plaintiff failed to prepare report on theft | 3-6-01 |
| D-39 | 4/29/99 note from Joel Rodriguez to Crispin, regarding Office Mgr. Ruben Lopez's filing complaint against Plaintiff | |
| D-40 | 5/5/99 Officer's Report by Bazan – Plaintiff whited out case number for incident involving stolen CDs in dorm room, saying that he had already taken care of it | 3-7-01 |
| D-41 | 5/5/99 Official Reprimand letter to Plaintiff, which also places him on 6 month Probation | |
| D-42 | 5/16/99 Officer's Report by L. Everett, regarding Plaintiff's leaving the front dispatch office unattended | |

| EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| D-43 | 5/24/99 Officer's Report by Lt. Sandra Jefferson, complaining that Plaintiff left the front dispatch office unattended | |
| D-44 | Undated hand-written note addressed to Plaintiff, regarding Plaintiff's request to have Sheriff Winston Kelly's constables make traffic stops | |
| D-45 | Texas A&M University - Kingsville Work Related Incident Report, Plaintiff's injury on 5/9/98 | |
| D-46 | 6/4/99 Note signed by Chief Humberto Garcia to Plaintiff; with Conner history attached | |
| D-47 | Texas Commission on Law Enforcement; Report of Resignation or Separation of License Holder (6/4/99) | |
| D-48 | 5/10/99 Charge of Discrimination | 3-7-01 |
| D-49 | 5/18/99 Notice of Charge of Discrimination | 3-7-01 |
| D-50 | 5/10/99 Memo from Plaintiff to Jimmy Hartsfield, Director of Human Resources, serving as official complaint | |
| D-51 | 5/15/99 Employee Complaint and Appeal Form – prepared by Plaintiff | |
| D-52 | 5/18/99 Memorandum from Dr. Gilda G. Medina, current EEO Officer, to Plaintiff, re. Plaintiff's 5/10 memo – asks if Plaintiff plans to not use the university's internal grievance policy | |
| D-53 | 5/24/99 Memorandum from Gilda G. Medina to Plaintiff – she received Plaintiff's 5/15/99 complaint; Medina returns the complaint because Plaintiff's complaint of "less time and with the company and experience" are not valid considerations; gives Plaintiff 10 days to resubmit | |
| D-54 | 5/25/99 Memorandum from Gilda G. Medina to Plaintiff – his internal grievance will be suspended pending outcome of his EEOC grievance | |
| D-55 | Hand-written note from Sgt. Perez, who was asked by Plaintiff if race was considered in selection of sargeants | |
| D-56 | 6/11/99 Texas A&M University - Kingsville Employee Complaint and Appeal Form, Plaintiff writes that he was terminated on 6/4/99 for an alleged violation of a rule, but he believes it was discrimination | |

| EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| D-57 | 6/17/99 memo from Jim Hartsfield, Human Resource Director, to Plaintiff, re. complaint and appeal, wanting to schedule meeting with Plaintiff but he advised Debbie Wilson to contact his attorney | |
| D-58 | Procedure 33.01 K1.01 Non-faculty Employee Complaint and Appeal | |
| D-59 | 33.01.02 K1 Non-faculty Employee Complaint and Appeal Rule | |
| D-60 | Miscellaneous personnel forms, including hiring and terminating | |
| D-61 | Postcard to Antonio Gonzalez, Jr., Director of Texas A&I Univ. Police Department, requesting information | |
| D-62 | Evaluations of Humberto Garcia | |
| D-63 | Evaluations of Robert Bazan | |
| D-64 | Robert Bazan's Honorable Discharge from U.S. Army and related recognition | |
| D-65 | Rules and Regulations and Policies and Procedures of Texas A&M University - Kingsville applicable to University Police Department | 3-8-01 |
| D-66 | Robert Nash's suspension from employment | |
| D-67 | Nash's resignation from employment | |
| D-68 | Report regarding Nash's alleged illegal activity | |
| D-69 | | |
| D-70 | | |
| D-71 | | |
| D-72 | | |
| D-73 | | |
| D-74 | | |
| D-75 | | |
| D-76 | | |
| D-77 | | |
| D-78 | | |
| D-79 | | |