IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 9 - 2001

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| **Plaintiff** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-69 |
| | § | |
| **TEXAS A&M UNIVERSITY-KINGSVILLE et al.** | § | |
| | § | |
| | § | |

## VERDICT FORM

### Question Number 1

Do you find from a preponderance of the evidence that Texas A & M University at Kingsville ("TAMUK") unlawfully discharged plaintiff Joseph Connor because he engaged in protected activities, that is complaining to his employer or the EEOC about discrimination in the workplace?

Answer "Yes" or "No".

_____Yes_____

### Question Number 2

Do you find from a preponderance of the evidence that defendant Garcia discharged plaintiff because he engaged in activity protected by the First Amendment, that is speaking to his employer on issues of public safety?

Answer "Yes" or "No".

No ~~[scribbled out]~~

63

## Question Number 3

Do you find from a preponderance of the evidence that defendant Garcia discharged plaintiff because he engaged in protected activity protected by the First Amendment, that is opposing discrimination in the operation of a public agency?

Answer "Yes" or "No".

_____Yes_____

If you answered "No" to Questions 1, 2, and 3, please do not proceed further. Date and sign the verdict form. If you answered "Yes" to Question 1, 2, or 3, please proceed to Question 4.

## Question Number 4

What sum of money, if any, will fairly and reasonably compensate plaintiff Connor for damages proximately caused by either of the defendants?

Answer in dollars and cents, or "none".

$___—0—___None___

If you answered "yes" to Questions 2 or 3, please answer Question 5. If you answered "no" to Questions 2 and 3, please do not proceed to Question 5. Date and sign the verdict form.

## Question Number 5

What sum of money, if any, will fairly and reasonably compensate plaintiff Connor for any punitive damages proximately caused by defendant Garcia?

Answer in dollars and cents, or "none".

$___—0—___None___

_____
FOREPERSON