United States District Court
Southern District of Texas
FILED

MAR 9 - 2001

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Joseph K. Connor** §

V. § CAUSE NO. **CA C-00-69**

**Texas A&M University, Kingsville** §

JURY NOTE NUMBER \_\_\_\_\_

_____

_____

_____

_____

_____

JURY FOREMAN
*Charles A. Barros* (signature)

DATE AND TIME  3-9-2001 1:30 PM

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RESPONSE:

*We have reached a Verdict*

_____

_____

_____

B. Janice Ellington
UNITED STATES MAGISTRATE JUDGE

_____
DATE

54