IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 2 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOSEPH K. CONNOR, | § | |
| Plaintiff | § | 55 |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY- | § | |
| KINGSVILLE et al. | § | |
| | § | |

## ORDER

The jury in the captioned case having retired to deliberate on Friday, March 9, 2001, and the foreman having advised the Court that the jury will continue its deliberations, the United States Marshal is hereby

**ORDERED** to provided the jury, consisting of eight (8) members and two (2) security personnel with their lunch on the 9th day of March, 2001.

A copy of this **ORDER** will be directed by the Clerk to the Financial Section.

ORDERED this 9 day of March, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE