IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 3 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOSEPH CONNOR, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY-KINGSVILLE et al., | § | |
| Defendants. | § | |

## FINAL JUDGMENT

A final judgment of dismissal of all claims against defendant Robert Bazan is entered. A final judgment on the jury's verdict that plaintiff take nothing from defendants Humberto Garcia and Texas A & M University at Kingsville is entered.

ORDERED this 9th day of March 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE