# CIVIL COURT MINUTES

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** 1 (2605 – end) 2 (1-276)

**LAW CLERK:** —

**U. S. MARSHAL:** —

**INTERPRETER:** —

United States District Court
Southern District of Texas
FILED

APR 1 2 2001

MICHAEL N. MILBY, CLERK

60.

**DATE:** 4-12-01     **OPEN:** 2:30 pm     **CLOSE:** 2:50 pm

**CIVIL ACTION NO.:** C-00-69

Joseph K. Connor

**COUNSEL:** Gay Gilson
John Schulman

VS.

TX A&M Univ., Kingsville

**COUNSEL:** Jose Longel
Donna Hamilton

(X) Motion for New Trial
Case called. Arguments heard. Court gives parties 2 weeks to talk about settlement and sets deadline of May 4, 2001 for parties to file their briefs.

Court adjourned.