IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 2 2001

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| JOSEPH K. CONNOR, *Plaintiff*, | § § § |
| V. | § § |
| TEXAS A&M UNIVERSITY-KINGSVILLE, HUMBERTO GARCIA, Individually and in his Official Capacity; and ROBERT BAZAN, Individually and in his Official Capacity, *Defendants*. | § § § § § § |

CIVIL ACTION NO. C-00-069

**AMENDED SIGNATURE BLOCK TO PROVIDE SOUTHERN DISTRICT NUMBERS TO DEFENDANTS' RESPONSE TO PLAINTIFF CONNOR'S RULE 59(a)-(e) MOTION FOR NEW TRIAL ON DAMAGES AND MOTION TO ALTER AND/OR AMEND JUDGMENT TO INCLUDE EQUITABLE RELIEF**

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

TONI HUNTER
Chief, General Litigation Division

_____
JOSE M. RANGEL
Texas Bar No. 16543550
Southern Id. No. 19859

_____
DONA G. HAMILTON
Texas Bar No. 08825600
Southern Id. No. 12012
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent via facsimile transmission and U.S. certified mail, return receipt requested, on April 11, 2001, to:

Gay E. Gilson
LAW OFFICE OF GAY E. GILSON
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412

_____
JOSE M. RANGEL
Assistant Attorney General

2