UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY - 4 2001

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| Plaintiff | § | |
| vs. | § | Civil Action No. C-00-69 |
| TEXAS A&M UNIVERSITY - KINGSVILLE; HUMBERTO GARCIA, Individually and in His Official Capacity; and ROBERT BAZAN, Individually and in His Official Capacity | § | JURY TRIAL REQUESTED |
| | § | AGREED MOTION |
| Defendants. | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff brings this Unopposed Motion For Extension of Time and would respectfully show in support thereof as follows:

1. The parties are in the process of discussing a resolution to this case without the necessity of further litigation.

2. For the reason set out in paragraph 1, the parties respectfully request a one week, extension, until May 11, 2001, of the deadline to brief their respective positions on the issue of a new trial in this case.

Respectfully submitted,

Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
Telephone: (361) 814-0573
Facsimile: (361) 814-0674

By: /s/ Gay E. Gilson
GAY E. GILSON
SBN 00784131/Fed.I.D. 16385
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

The parties are in agreement to the extension. I have not been able to discuss this particular motion with either Mr. Rangel or Ms. Hamilton because they are currently out of the office. But I have spoken with each of them earlier this week and we are all in agreement that a one week extension will allow us time to see if we will be able to resolve this matter without the necessity of further litigation. Further, we were in agreement to take appropriate measure to obtain a one week extension from the Court in this regard.

*/s/ Gay E. Gilson*
Gay E. Gilson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded on May 4, 2001 by certified mail, return receipt requested to:

| | |
|---|---|
| Jose Rangel<br>Dona G. Hamilton<br>Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548 | Via Facsimile (512) 320-0667 |
| Mr. John E. Schulman<br>Law Office of John E. Schulman<br>4555 W. Lover's Lane<br>Dallas, Texas 75209 | Via Facsimile (214) 361-6580 |

*/s/ Gay E. Gilson*
Gay E. Gilson

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE; | § | **JURY TRIAL REQUESTED** |
| HUMBERTO GARCIA, Individually and in | § | |
| His Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in His Official Capacity | § | |
| | § | |
| Defendants. | § | |

## ORDER ON MOTION FOR EXTENSION OF TIME

On the _____ day of _____, 2001, the Court considered Unopposed Motion for Extension of Time. After considering the Motion, the Court ORDERS that Plaintiff and Defendants have until _____ to file their briefs in support of their position regarding a new trial in this case.

SIGNED this _____ day _____, 2001.

_____
PRESIDING JUDGE

3