UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 0 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE; | § | JURY TRIAL REQUESTED |
| HUMBERTO GARCIA, Individually and in | § | |
| His Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in His Official Capacity | § | |
| | § | |
| Defendants. | § | |

## ORDER ON MOTION FOR EXTENSION OF TIME

On the ___9___ day of ___May___, 2001, the Court considered Unopposed Motion for Extension of Time. After considering the Motion, the Court ORDERS that Plaintiff and Defendants have until ___May 12, 2001___ to file their briefs in support of their position regarding a new trial in this case.

SIGNED this ___9___ day ___May___, 2001.

_____
PRESIDING JUDGE

3