IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEPH K. CONNOR, § | |
| *Plaintiff*, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. C-00-069 |
| TEXAS A&M UNIVERSITY-KINGSVILLE, § | |
| HUMBERTO GARCIA, Individually and in § | |
| his Official Capacity; and ROBERT BAZAN, § | JURY TRIAL REQUESTED |
| Individually and in his Official Capacity, § | |
| *Defendants*. § | |

United States District Court
Southern District of Texas
FILED

MAY 11 2001

MICHAEL N. MILBY, CLERK

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

TO THE HONORABLE B. JANICE ELLINGTON:

Defendants, Texas A&M University – Kingsville and Humberto Garcia, bring this Unopposed Motion for Extension of Time and would respectfully show in support:

1. The parties continue to be involved in serious settlement negotiations with the hope of avoiding the necessity of further litigation.

2. For the reason set out in paragraph 1, the parties respectfully request an additional week extension, until May 18, 2001, of the deadline to brief their respective positions on the pending issues in this case.

JOSE M. RANGEL
Assistant Attorney General
Texas Bar No. 16543550
Fed. Id No. 19859
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4264
(512) 320-0667 FAX

## CERTIFICATE OF CONFERENCE

The parties are in agreement that a one week extension is appropriate. I have been in contact with Ms. Gay E. Gilson, counsel for Plaintiff Connor, and we are in agreement that a one week extension will allow us time to determine whether or not we will be able to resolve this matter without the necessity of further litigation. Further, we were in agreement that the filing of this motion would be the appropriate manner in which to seek such a one week extension from the Court.

_____
JOSE M. RANGEL
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded on May 10, 2001, by certified mail, return receipt request, to:

Gay E. Gilson  
Law Office of Gay E. Gilson  
4600 Ocean Drive, Suite 104D  
Corpus Christi, Texas 78412  
Fax: (361) 814-0674  

John E. Schulman  
Law Office of John E. Schulman  
4555 W. Lover's Lane  
Dallas, Texas 75209  
(214) 361-6580  

_____
JOSE M. RANGEL
ASSISTANT ATTORNEY GENERAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEPH K. CONNOR, §<br>*Plaintiff*, §<br>§<br>V. §<br>§ CIVIL ACTION NO. C-00-069<br>§<br>TEXAS A&M UNIVERSITY-KINGSVILLE, §<br>HUMBERTO GARCIA, Individually and in §<br>his Official Capacity; and ROBERT BAZAN, §<br>Individually and in his Official Capacity, §<br>*Defendants*. § | |

## ORDER ON MOTION FOR EXTENSION OF TIME

On the _____ day of _____, 2001, the Court considered the Defendants' Unopposed Motion for Extension of Time. After considering the Motion, the Court ORDERS that Plaintiff and Defendants have until May 18, 2001, to file their briefs in support of their respective positions regarding the pending issues in this case.

SIGNED AND ENTERED this _____ day of _____, 2001.

_____
B. JANICE ELLINGTON
UNITED STATES DISTRICT JUDGE