IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 8 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSEPH K. CONNOR,<br>*Plaintiff,*<br><br>V.<br><br>TEXAS A&M UNIVERSITY-KINGSVILLE,<br>HUMBERTO GARCIA, Individually and in<br>his Official Capacity; and ROBERT BAZAN,<br>Individually and in his Official Capacity,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. C-00-069 |

## ORDER ON MOTION FOR EXTENSION OF TIME

On the  17  day of  May , 2001, the Court considered the Defendants' Unopposed Motion for Extension of Time. After considering the Motion, the Court ORDERS that Plaintiff and Defendants have until May 18, 2001, to file their briefs in support of their respective positions regarding the pending issues in this case.

SIGNED AND ENTERED this  17  day of  May , 2001.

B. JANICE ELLINGTON
UNITED STATES DISTRICT JUDGE