UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 31 2001

Michael N. Milby, Clerk

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE; | § | **JURY TRIAL REQUESTED** |
| HUMBERTO GARCIA, Individually and in | § | |
| His Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in His Official Capacity | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Joseph K. Connor, and files and serves this Notice of Settlement, in support thereof says as follows:

1. The Southern District Local Rules requires counsel to notify the Court immediately of settlements.

2. On May 17, 2001, the parties entered into an agreement to settle this case. Documentation is being prepared and will follow.

Respectfully submitted,

Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
Telephone: (361) 814-0573
Facsimile: (361) 814-0674

By: /s/ Gay E. Gilson
GAY E. GILSON
SBN 00784131/Fed.I.D. 16385
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was forwarded on May 31, 2001 via facsimile and by certified mail, return receipt requested to:

Jose Rangel  
Dona Hamilton  
Attorney General of Texas  
P.O. Box 12548, Capitol Station  
Austin, Texas 78711-2548  

Via CMRRR # 7001 0360 0004 3101 9111  
& Via Facsimile (512) 320-0667

_____  
Gay E. Gilson