**HONORABLE B. JANICE ELLINGTON**
**UNITED STATES MAGISTRATE JUDGE**

_____Grace Lerma_____, Deputy Clerk

_____June 5, 2001_____, Date

# DOCKET ENTRY

Civil Number       _____Joseph Connor_____

C-00-69                        vs.

                   ___Texas A & M Univ., et al.___

United States District Court
Southern District of Texas
FILED

JUN 5 - 2001

Michael N. Milby, Clerk

_____ Defendant's Exhibits Nos. 1 & 2 were admitted at the pretrial hearing held on March 5, 2001. The court allowed Mr. Rangel to take original exhibits and submit copies for the court's file. These copies were not received until June 5, 2001, therefore, the Exhibit list for March 5, 2001 is filed stamped June 5, 2001.

70