UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 5 - 2001

Michael N. Milby, Clerk

CASE NO. CA C-00-69

Joseph K. Connor

vs.

Texas A&M, et al.

Judge: B. Janice Ellington

Courtroom Deputy: Grace Lerma

Court Reporter/Recorder: Lanier Tape

Proceeding: Pretrial Conference

Date: March 5, 2001

Exhibit List of: Defendant

Attorney: Jose M. ~~Jorge~~ Rangel

Page 1 of 1 Pages

| Exhibit No. | Description | Marked | Offered | Object. | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Oral Deposition of Joseph Connor dated 8-23-00 | ✓ | ✓ | | 3-5-01 | |
| 2 | List of Interrogatories + answers | ✓ | ✓ | | 3-5-01 | |

71