UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 22 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOSEPH K. CONNOR, | § | |
| Plaintiff | § | 73. |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY- | § | |
| KINGSVILLE et al. | § | |
| | § | |

### ORDER ON PENDING MOTIONS

In view of the parties announcement of settlement, plaintiff's motion for a new trial, or in the alternative to alter or amend the judgment (D.E. 57-1, 57-2, 57-3) is denied without prejudice.

ORDERED this 20 day of August, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE