UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC - 7 2001
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOSEPH K. CONNOR, Plaintiff | § § § § | 74. |
| vs. | § | CIVIL ACTION NO. C-00-69 |
| TEXAS A&M UNIVERSITY-KINGSVILLE et al. | § § § § | |

## ORDER TO SHOW CAUSE

On May 31, 2001, the parties announced settlement in this case (D.E. 69), and announced that settlement paperwork would follow. To date no further pleadings have been filed. The parties are ordered to show cause if any, within twenty days of the date of this order, why this case should not be dismissed with prejudice.

ORDERED this 5 day of December, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE