UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE; | § | **JURY TRIAL REQUESTED** |
| HUMBERTO GARCIA, Individually and in | § | |
| His Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in His Official Capacity | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Joseph Connor, files this Plaintiff's Response to Order to Show Cause and would show the Court as follows:

1. After negotiation of the details of settlement of this case, Plaintiff signed a release and returned it to the Defendants' attorney on September 25, 2001. Since that time, Plaintiff has been waiting for the Defendant to perform on several detailed promises, including making promised payments. However, to this date as far as Plaintiff or his counsel have been advised, none of the items promised by the Defendants have been performed and none of the payments have been made. Therefore, neither the Plaintiff or his counsel have been in the position to advise the Court that final dismissal is appropriate. Under the circumstances, Plaintiff respectfully contends that dismissal is inappropriate and Plaintiff asks that the Court schedule a status conference as soon as the schedule of the Court and Counsel will permit to discuss the delay. As far as Plaintiff's counsel are advised, the Office of the Attorney General is still waiting on unspecified paperwork from Defendant Texas

A&M University - Kingsville.

2.   Plaintiff also asks for any other relief upon hearing which appears appropriate under the circumstances.

Respectfully Submitted,

By: /s/ Gay E. Gilson
Gay E. Gilson
State Bar No. 00784131/Fed. I.D. 16385
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
(512) 814-0573
Facsimile (512) 814-0674
ATTORNEY FOR PLAINTIFF

## NOTICE

Plaintiff's Counsel, Gay Gilson, will be on vacation from December 18, 2001 through December 27, 2001. However, Plaintiff's Co-counsel, John E. Schulman, will be available during those dates for a hearing. He may be reached at: John E. Schulman, Law Office of John E. Schulman, P.C., 4555 W. Lover's Lane, Dallas, Texas 78209; Telephone: (214) 361-2580; Facsimile (214) 361-6580; Cell Telehpone (214) 280-8897; email jschulman@shulmanlaw.com.

/s/ Gay E. Gilson
Gay E. Gilson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded on December 17, 2001 by certified mail, return receipt requested to:

| | |
|---|---|
| Jose Rangel<br>Dona Hamilton<br>Attorney General of Texas<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548 | Via CMRRR # 7000 0520 0024 6730 1094 |

/s/ Gay E. Gilson
Gay E. Gilson

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE; | § | **JURY TRIAL REQUESTED** |
| HUMBERTO GARCIA, Individually and in | § | |
| His Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in His Official Capacity | § | |
| | § | |
| Defendants. | § | |

## ORDER

On the _____ day of _____, 200___, the Court considered Plaintiff's Response to the Order to Show Cause which was filed in this case on December 7, 2001. After considering the Motion, the Court ORDERS_____

_____

_____

_____

SIGNED this _____ day _____, 200____.


_____
PRESIDING JUDGE

3