# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

## CONFERENCE CALL NOTICE

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| | § | |
| V. | § | CASE NO. C.A. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY, ET AL. | § | |

**TYPE OF CASE:** __X__ CIVIL  ____ CRIMINAL

### YOU ARE HEREBY DIRECTED TO APPEAR
### BY TELEPHONE CONFERENCE BEFORE:

Honorable B. Janice Ellington
United States Magistrate Judge
**(361) 888-3302**

TIME: __9:00 a.m.__    DATE: __Friday, January 4, 2002__

### PURPOSE OF PROCEEDING:

*Plaintiff's Response to Order to Show Cause (D.E. 75)*

Michael N. Milby, Clerk

By: Deputy Clerk

DATE: 12.20.01

cc:

John E. Schulman
Fax: (214) 361-6580
(214) 361-2580

Jose Rangel
Fax: (512) 320-0667
(512) 463-2120

*United States District Court*
*Southern District of Texas*
*FILED*
*DEC 20 2001*
*MICHAEL N. MILBY, CLERK*

76.