IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JAN - 3 2002

MICHAEL N. MILBY CLERK

| | |
|---|---|
| JOSEPH K. CONNOR, § | |
| *Plaintiff*, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. C-00-069 |
| TEXAS A&M UNIVERSITY-KINGSVILLE, § | |
| HUMBERTO GARCIA, Individually and in § | |
| his Official Capacity; and ROBERT BAZAN, § | JURY TRIAL REQUESTED |
| Individually and in his Official Capacity, § | |
| *Defendants*. § | |

## DEFENDANTS' ADVISORY TO THE COURT

TO THE HONORABLE B. JANICE ELLINGTON:

Defendants file this Advisory to the Court in response to the Court's Order to Show Cause and would advise the Court of the following:

1. Plaintiffs, Defendants and/or all appropriate representatives of the Defendants have signed a Release and Settlement Agreement in this case.

2. All necessary and appropriate state officials have now approved and authorized the terms of the Release and Settlement Agreement.

3. The Plaintiff and Defendants are in the process of complying with all of their detailed promises contained in the Release and Settlement Agreement, including the making of promised payments (see Attachments1, 2 and 3 hereto). Defendants estimate that within approximately twenty-one days from today, the parties will have performed/complied with all of the express terms of the above-referenced Release and Settlement Agreement, including the Plaintiff's filing with the Court a motion to dismiss with prejudice.

77.

4.　　Defendants, like Plaintiff, contend that dismissal is presently inappropriate, but respectfully submit that within approximately twenty-one days from today a motion to dismiss and a proposed order of dismissal will be filed with the Court.

>　　　　　　　　　　　　　　　　Respectfully submitted,
>
>　　　　　　　　　　　　　　　　JOHN CORNYN
>　　　　　　　　　　　　　　　　Attorney General of Texas
>
>　　　　　　　　　　　　　　　　HOWARD G. BALDWIN, JR.
>　　　　　　　　　　　　　　　　First Assistant Attorney General
>
>　　　　　　　　　　　　　　　　JEFFREY S. BOYD
>　　　　　　　　　　　　　　　　Deputy Attorney General for Litigation
>
>　　　　　　　　　　　　　　　　TONI HUNTER
>　　　　　　　　　　　　　　　　Chief, General Litigation Division
>
>　　　　　　　　　　　　　　　　_____
>　　　　　　　　　　　　　　　　JOSE M. RANGEL
>　　　　　　　　　　　　　　　　Texas Bar No. 16543550
>　　　　　　　　　　　　　　　　Southern ID No. 19859
>　　　　　　　　　　　　　　　　DONA G. HAMILTON
>　　　　　　　　　　　　　　　　Texas Bar No. 08825600
>　　　　　　　　　　　　　　　　Southern ID No. 12012
>　　　　　　　　　　　　　　　　Assistant Attorneys General
>　　　　　　　　　　　　　　　　General Litigation Division
>　　　　　　　　　　　　　　　　P.O. Box 12548, Capitol Station
>　　　　　　　　　　　　　　　　Austin, Texas 78711-2548
>　　　　　　　　　　　　　　　　(512) 463-2120
>　　　　　　　　　　　　　　　　(512) 320-0667 FAX

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was forwarded on January 2, 2002, by certified mail, return receipt request, or by facsimile to:

Gay E. Gilson  
Law Office of Gay E. Gilson  
4600 Ocean Drive, Suite 104D  
Corpus Christi, Texas 78412  
Fax: (361) 814-0674

John E. Schulman  
Law Office of John E. Schulman  
4555 W. Lover's Lane  
Dallas, Texas 75209  
Fax: (214) 361-6580

JOSE M. RANGEL  
Assistant Attorney General



OFFICE OF THE ATTORNEY GENERAL · STATE OF TEXAS
JOHN CORNYN

ATTACHMENT 1

January 2, 2002

Gay E. Gilson
Law Office of Gay E. Gilson                Via Facsimile
4600 Ocean Drive, Suite 104 D
Corpus Christi, Texas  78412

    Re:  *Joseph K. Connor v. Texas A&m University-Kingsville, et al.*
          Civil Action No. C-00-69

Dear Ms. Gilson:

    I received your telephone message and am getting new checks issued in accordance with your earlier correspondence. The settlement has been approved by the Attorney General as of this date and no further approvals are necessary. As soon as I receive new checks I will forward them to you and Mr. Shulman by overnight mail. I am sorry for this problem and any inconvenience it may have caused.

    Please give me a call if you have any further questions at 512/475-4112.

                                 Sincerely,

                                 Dona G. Hamilton
                                 Assistant Attorney General
                                 General Litigation Division
                                 (512) 463-2120

cc:    Cherry Kay Wolf, Legal, TAMU
        Jose M. Rangel, (OAG/GLD)

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100 WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*

ATTACHMENT 1



OFFICE OF THE ATTORNEY GENERAL · STATE OF TEXAS
JOHN CORNYN

ATTACHMENT 2

January 2, 2002

Cherry Kay Wolf
Texas A&M University System
301 Tarrow, 6th Floor
College Station, Texas 77840-7896

Re: *Joseph K. Connor v. Texas A&m University-Kingsville, et al.*
Civil Action No. C-00-69

Dear Cherry Kay:

Enclosed is the original check made payable to Joseph Connor. I apologize for the inconvenience to you and Mr. Crandall in having to reissue these checks. The replacement checks should be made payable as follows:

Law Office of Gay E. Gilson – $13,176.52
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
Taxpayer I.D. 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

Law Office of John E. Shulman – $6,823.48
4555 W. Lover's Lane
Dallas, Texas 75209
Taxpayer I.D. 74-2425105

Please give me a call if you have any questions at 512/475-4112.

Sincerely,

Dona G. Hamilton
Assistant Attorney General
General Litigation Division
(512) 475-4054

cc: Gay E. Gilson
    Jose M. Rangel (OAG/GLD)

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548 TEL: (512)463-2100 WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*

ATTACHMENT 3

| | |
|---|---|
| VOID 60 DAYS FROM DATE | **TAMUK** 294969 |
| **12/14/01** CHECK DATE | *Texas A&M University-Kingsville* |
| | MSC 104 Kingsville, TX 78363 |
| | 361/593-3818    0206883 |
| | CHECK NO. 294969 |
| | LOCAL FUNDS |
| | AMOUNT $***20,000.00 |

PAY  TWENTY THOUSAND AND 00/100 DOLLARS*************************

TO THE ORDER OF
JOSEPH CONNOR
6034 SWEET GUM
CORPUS CHRISTI TX 78415

*Cecil Kelly, Staff Asst*
*Claudia Conrad - Ast Coord*

BANK OF AMERICA, N.A.
Wichita Falls, Texas

⑈294969⑈ ⑆111901302⑆ 00233000 20 2⑈