# CIVIL COURT MINUTES

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** Digital (9:07:47 – 9:10:55)

**LAW CLERK:** —

**U. S. MARSHAL:** —

**INTERPRETER:** —

JAN 4 – 2002

**DATE:** 1-4-02   **OPEN:** 9:07 AM   **CLOSE:** 9:10 AM

**CIVIL ACTION NO:** C-00-69

Joseph K. Connor   **COUNSEL:** Gay Gilson

VS.

TX A&M University, et al   **COUNSEL:** Jose Rangel

(X) Show Cause Hearing

Case called. Mr. Rangel advised there was some confusion on the checks, there were supposed to be two checks instead of one, and that is being taken care of.

Court gives deft's atty 30 days to file dismissal papers.

Court adjourned.

78.