UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED

FEB -4 2002

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| JOSEPH K. CONNOR § § Plaintiff § § vs. § TEXAS A&M UNIVERSITY - KINGSVILLE; § HUMBERTO GARCIA, Individually and in § His Official Capacity; and ROBERT BAZAN, § Individually and in His Official Capacity § § Defendants. § | Civil Action No. C-00-69<br><br>**JURY TRIAL REQUESTED** |

## PLAINTIFF'S ADVISORY TO THE COURT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, Joseph Connor, files this Plaintiff's Advisory to the Court and would show the Court as follows:

1. After negotiation of the details of settlement of this case, Plaintiff signed a release and returned it to the Defendants' attorney on September 25, 2001. Since that time, Plaintiff has been waiting for the Defendant to perform on several detailed promises, including making promised payments.

2. Since the last conference with the Court, Defendant has made promised payments. However, to this date, there are several promises made by the Defendants that have not been confirmed as being performed. Therefore, neither the Plaintiff or his counsel have been in the position to advise the Court that final dismissal is appropriate.

3. Defense counsel has advised Plaintiff's counsel that confirmation that all promises have been performed will be done within seven to ten days.

79.

4.  Under the circumstances, Plaintiff respectfully contends that dismissal is inappropriate and Plaintiff asks that the Court schedule a status conference, if the Court deems necessary.

5.  Plaintiff also asks for any other relief upon hearing which appears appropriate under the circumstances.

Respectfully Submitted,

By: /s/ Gay E. Gilson
Gay E. Gilson
State Bar No. 00784131/Fed. I.D. 16385
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
(512) 814-0573
Facsimile (512) 814-0674
ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded on February 4, 2002 by certified mail, return receipt requested to:

Jose Rangel                                  Via CMRRR # 7001 0360 0004 3101 9951
Dona Hamilton
Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

/s/ Gay E. Gilson
Gay E. Gilson

2



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | Civil Action No. C-00-69 |
| | § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE; | § | **JURY TRIAL REQUESTED** |
| HUMBERTO GARCIA, Individually and in | § | |
| His Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in His Official Capacity | § | |
| | § | |
| Defendants. | § | |

## ORDER

On the _____ day of _____, 200____, the Court considered Plaintiff's Advisory to the Court which was filed in this case on February 4, 2002. After considering the Motion, the Court ORDERS_____

_____

_____

_____

SIGNED this _____ day _____, 200____.


_____
PRESIDING JUDGE