United States Courts
Southern District of Texas DT
FILED

FEB 1 3 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | |
| | § | CIVIL ACTION NO. C-00-069 |
| TEXAS A&M UNIVERSITY-KINGSVILLE, | § | |
| HUMBERTO GARCIA, Individually and in | § | |
| his Official Capacity; and ROBERT BAZAN, | § | JURY TRIAL REQUESTED |
| Individually and in his Official Capacity, | § | |
| *Defendants.* | § | |

## DEFENDANTS' ADVISORY TO THE COURT

TO THE HONORABLE B. JANICE ELLINGTON:

Defendants file this Advisory to the Court and would show the Court as follows:

1.     After negotiation of the details of settlement of this case, a "Release and Settlement Agreement" was executed by the parties and ultimately approved by the appropriate State of Texas officials in late December, 2001. Since that time, Defendants have attempted to perform on several detailed promises, including making promised payments.

2.     Since the last conference with the Court and just prior to Plaintiff filing his "Plaintiff's Advisory to the Court" on or about February 4, 2002, Defendants made the promised payments and performed all but one of the express terms of the parties' Release and Settlement Agreement (hereinafter "Settlement Agreement"). The one remaining term that had not been performed by Defendants, was the signing by the Human Resources Director of Texas A&M University - Kingsville, of an agreed-to "letter of reference." The Human Resources Director's father suffered a massive heart attack nearly two weeks ago in the State of Florida and he was unable to sign a final agreed upon draft of the letter of reference prior to rushing to Florida to be with his father.

The Human Resources Director inadvertently signed an earlier proposed draft of the letter prior to his departing to Florida. Counsel for Plaintiff agreed that it would be best to await the return of the Human Resources Director to Texas. The Human Resources Director returned to Kingsville late Saturday (February 9, 2002) and signed the agreed upon letter of reference on Tuesday, February 11, 2002; the original of the letter of reference will be forwarded by overnight mail to counsel for Plaintiff tomorrow, February 13, 2002. With the delivery to Plaintiff's counsel of the above-referenced letter of reference, as well as a letter from the undersigned counsel confirming that all of the Defendants' promises contained in the Settlement Agreement have been performed (to be sent to counsel for Plaintiff on or about February 14, 2002), the only remaining promises to be performed will be those made by Plaintiff.

3.      The undersigned counsel for Defendants has read the Plaintiff's Advisory to the Court filed with the Court on or about February 4, 2002, and was disappointed to see that counsel for Plaintiff failed to mention that Plaintiff himself has yet to perform two express promises made by Plaintiff in the parties' Settlement Agreement, such being the execution of two separate documents - one to be provided to Defendants and the other to be filed with the Court.

4.      Due to the above matters, neither the Plaintiff or his counsel, nor Defendants' counsel, have been in the position to advise the Court that final dismissal is appropriate.

5.      Defendants' counsel advised Plaintiff's counsel on February 4, 2002, that confirmation that all of Defendant's promises have been performed would be done within seven to ten days of February 4, 2002; the undersigned counsel intends to comply with that representation. Plaintiff's counsel, on the other hand, has not advised Defendants' counsel when Plaintiff will perform the above-referenced promises made by Plaintiff in the parties' Settlement Agreement.

6.    Nonetheless the undersigned counsel is confident that all remaining terms of the Settlement

Agreement will be performed by Plaintiff within days and, under the circumstances, asks that the

Court not schedule a status conference just yet.

7.    The undersigned counsel will provide the Court with an "Advisory to the Court" informing

the Court of the status of the Plaintiff's and Defendants' performance of the promises made by

each of them in the parties' Settlement Agreement by no later than Wednesday of next week,

February 20, 2002.

8.    Defendants respectfully appreciate the Court's patience in this matter.

                              Respectfully submitted,

                              JOHN CORNYN
                              Attorney General of Texas

                              HOWARD G. BALDWIN, JR.
                              First Assistant Attorney General

                              JEFFREY S. BOYD
                              Deputy Attorney General for Litigation

                              TONI HUNTER
                              Chief, General Litigation Division


                              JOSE M. RANGEL
                              Texas Bar No. 16543550
                              Southern ID No. 19859
                              Assistant Attorney General
                              General Litigation Division
                              P.O. Box 12548, Capitol Station
                              Austin, Texas 78711-2548
                              (512) 463-2120
                              (512) 320-0667 FAX

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded on February 12th, 2002, by certified mail, return receipt request, or by facsimile to:

Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
Fax: (361) 814-0674

John E. Schulman
Law Office of John E. Schulman
4555 W. Lover's Lane
Dallas, Texas 75209
Fax: (214) 361-6580

_____
JOSE M. RANGEL
ASSISTANT ATTORNEY GENERAL

4