IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEPH K. CONNOR, § | |
|     *Plaintiff*, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. C-00-069 |
| TEXAS A&M UNIVERSITY-KINGSVILLE, § | |
| HUMBERTO GARCIA, Individually and in § | |
| his Official Capacity; and ROBERT BAZAN, § | JURY TRIAL REQUESTED |
| Individually and in his Official Capacity, § | |
|     *Defendants*. § | |

## DEFENDANTS' ADVISORY TO THE COURT

TO THE HONORABLE B. JANICE ELLINGTON:

Defendants file this Advisory to the Court and would show the Court as follows:

1. After negotiation of the details of settlement of this case, a "Release and Settlement Agreement" was executed by the parties and ultimately approved by the appropriate State of Texas officials in late December, 2001. Since that time, the parties to this civil action have attempted to perform on several detailed promises, including making promised payments.

2. Subsequent to the last conference with the Court and just prior to Plaintiff filing his "Plaintiff's Advisory to the Court" on or about February 4, 2002, Defendants made the promised payments and performed all but one of the express terms of the parties' Release and Settlement Agreement (hereinafter "Settlement Agreement") that they were required to perform. The one remaining term that had not been performed by Defendants, was the signing by the Human Resources Director of Texas A&M University - Kingsville, of an agreed-to "letter of reference." The Human Resources Director's father suffered a massive heart attack in early February of this year in the State of Florida and consequently the Human Resources Director was unable to sign

a final agreed upon draft of the letter of reference prior to rushing to Florida to be with his father. The Human Resources Director inadvertently signed an earlier proposed draft of the letter prior to his departing to Florida. Counsel for Plaintiff agreed that it would be best to await the return of the Human Resources Director to Texas. The Human Resources Director returned to Kingsville late Saturday, February 9, 2002, and signed the agreed upon letter of reference on Tuesday, February 11, 2002; the original of the letter of reference was forwarded by overnight mail to counsel for Plaintiff on February 19, 2002.

3. With the delivery to Plaintiff's counsel of the above-referenced letter of reference, and the delivery of a letter from the undersigned counsel confirming that all of the Defendants' promises contained in the Settlement Agreement were performed, the only remaining promises to be performed are two made by Plaintiff. Counsel for Plaintiff has assured the undersigned counsel that those promises will be performed in the next one to two days. Consequently, the undersigned counsel expects that a motion for dismissal of this action and a proposed order granting same will be filed with the Court by no later than the end of this week.

4. As promised in their Advisory to the Court dated February 12, 2002, and filed with the Court on or about February 13, 2002, the undersigned counsel is providing the Court with this additional "Advisory to the Court" informing the Court of what remains to be done pursuant to the terms of the parties' Release and Settlement Agreement.

          Respectfully submitted,

          JOHN CORNYN
          Attorney General of Texas

          HOWARD G. BALDWIN, JR.
          First Assistant Attorney General

JEFFREY S. BOYD
Deputy Attorney General for Litigation

TONI HUNTER
Chief, General Litigation Division

_____
JOSE M. RANGEL
Texas Bar No. 16543550
Southern ID No. 19859
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded on February 20, 2002, by certified mail, return receipt request, or by facsimile to:

Gay E. Gilson
Law Office of Gay E. Gilson
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
Fax: (361) 814-0674

John E. Schulman
Law Office of John E. Schulman
4555 W. Lover's Lane
Dallas, Texas 75209
Fax: (214) 361-6580

_____
JOSE M. RANGEL
ASSISTANT ATTORNEY GENERAL

3