MD 3/17/02

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED

FEB 25 02

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| JOSEPH K. CONNOR, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE, | § | CIVIL ACTION NO. C-00-069 |
| HUMBERTO GARCIA, Individually and in | § | |
| his Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in his Official Capacity, | § | |
| | § | |
| *Defendants.* | § | |

## AGREED MOTION FOR DISMISSAL OF ACTION

TO THE HONORABLE B. JANICE ELLINGTON:

Plaintiff, Joseph K. Connor, and Defendants, Texas A&M University - Kingsville, Humberto Garcia, in his Individual and Official Capacity, and Robert Bazan, in his Individual and Official Capacity, bring this Joint Motion for Dismissal of Action and would respectfully show in support:

1. The parties have entered into a Release and Settlement Agreement, and the terms of this Agreement have been met in full.

2. The parties have resolved all claims asserted in Plaintiff's Complaint; Plaintiff has no further desire to pursue this lawsuit.

82

Respectfully Submitted:

_/s/ Gay E. Gilson_
GAY E. GILSON
Texas Bar No. 00784131
Federal ID No. 16385
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
(361) 814-0573
Fax: (361) 814-0674
ATTORNEY FOR PLAINTIFF
JOSEPH K. CONNOR

_____
JOSE M. RANGEL
Assistant Attorney General
Texas Bar No. 16543550; Fed ID No. 19859
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4264
Fax: (512) 320-0667
ATTORNEY FOR DEFENDANTS

2

Respectfully Submitted:

_____
GAY E. GILSON
Texas Bar No. 00784131
Federal ID No. 16385
4600 Ocean Drive, Suite 104D
Corpus Christi, Texas 78412
(361) 814-0573
Fax: (361) 814-0674
ATTORNEY FOR PLAINTIFF
JOSEPH K. CONNOR

_____
JOSE M. RANGEL
Assistant Attorney General
Texas Bar No. 16543550; Fed ID No. 19859
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4264
Fax: (512) 320-0667
ATTORNEY FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSEPH K. CONNOR, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE, § | CIVIL ACTION NO. C-00-069 |
| HUMBERTO GARCIA, Individually and in § | |
| his Official Capacity; and ROBERT BAZAN, § | |
| Individually and in his Official Capacity, § | |
| § | |
| *Defendants*. § | |

## AGREED ORDER OF DISMISSAL

This Court, having considered the Agreed Motion for Dismissal of Action, finds that all claims asserted by the Plaintiff have been resolved by the parties' Release and Settlement Agreement, and that Plaintiff has no further desire to pursue this lawsuit.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE.

Signed on _____, 2002.

_____
B. JANICE ELLINGTON
UNITED STATES DISTRICT JUDGE