SOUTHERN DISTRICT OF TEXAS          SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Joseph K. Connor | § |
| | § |
| vs. | §   CIVIL ACTION NO. CA-C-00-69 |
| | § |
| Texas A&M University-Kingsville, et al. | § |

**United States Bankruptcy Court**
**Southern District of Texas**
**FILED**

**FEB 26 2002**

**Michael N. Milby, Clerk of Court**

## CLERK'S NOTICE OF DEFICIENT PLEADING

The Clerk has filed the <u>Agreed Motion for Dismissal of Action</u>; however it is deficient as checked. (LR refers to the Local Rules of this District.)

1. ✓   Document is not signed. (LR11.1)
      No original signature provided for Jose M. Rangel

2. ___  Document is not signed by, or by permission of, attorney in charge (LR11.3)

3. ___  Document does not furnish required attorney information. (LR11.3.A.(1) through (6).

4. ___  No certificate of service or explanation why service is not required. (LR5.4)

5. ___  Motion does not comply as follows:

    a.  ___  No certificate of consultation (LR7.1D)

    b.  ___  No certificate of service of motion. (LR5.6)

6. ___  Other:

The presiding judicial officer in this matter has requested that deficient pleadings be forwarded to chambers for a strike order if the deficiency is not corrected within FIVE days. You need only re-file the correction specified, but your correction must include the caption and cause number (see LR10.1) as well as a certificate of service to all opposing counsel.

Date: 2-26-02
(Re: D.E. #82)/mbg

UNITED STATES DEPUTY CLERK

clkntcdfpg
02/07/2000

83