IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 28 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOSEPH K. CONNOR, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| TEXAS A&M UNIVERSITY - KINGSVILLE, | § | CIVIL ACTION NO. C-00-069 |
| HUMBERTO GARCIA, Individually and in | § | |
| his Official Capacity; and ROBERT BAZAN, | § | |
| Individually and in his Official Capacity, | § | |
| | § | |
| *Defendants.* | § | |

## AGREED ORDER OF DISMISSAL

This Court, having considered the Agreed Motion for Dismissal of Action, finds that all claims asserted by the Plaintiff have been resolved by the parties' Release and Settlement Agreement, and that Plaintiff has no further desire to pursue this lawsuit.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE.

Signed on *February 28*, 2002.

B. JANICE ELLINGTON
UNITED STATES ~~DISTRICT JUDGE~~ Magistrate