UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH K. CONNOR,<br>Plaintiff | § § § | |
| vs. | § | CIVIL ACTION NO. C-00-69 |
| TEXAS A&M UNIVERSITY-<br>KINGSVILLE et al. | § § § § | |

## FINAL JUDGMENT

A final judgment of dismissal of all claims against all defendants is entered.

ORDERED this 28 day of February, 2002.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE